ORIGINAL

RECEIVED
JUL 28 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
American Renovation and Construction Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Robert G. Watt

Firm Name: Watt, Tieder, Hoffar & Fitzgerald, LLP

Post Office Box: 03-1798C

Street Address: 7929 Westpark Drive, Suite 400

City-State-Zip: McLean, Virginia 22102

Telephone & Facsimile Numbers: PH: (703) 749-1000; FAX (703) 893-8029

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 0 0
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A F
See attached sheet for three digit codes.

Amount Claimed: $ N/A
Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) N/A

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.