IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | No. 03-1798C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time within which to file its response to plaintiff's complaint. Our response is currently due on September 26, 2003, and the requested enlargement would extend the due date to November 25, 2003. Counsel for plaintiff has been contacted, and has indicated that plaintiff consents to this motion. The defendant has not previously requested an enlargement for this purpose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Air Force ("Air Force"), which is necessary to prepare a response to the complaint. See 28 U.S.C. § 520(b). Agency counsel has stated that the Air Force is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible. The additional time requested is necessary

to allow agency counsel sufficient time to complete the litigation report and to forward it to the Department of Justice. In addition, the additional time requested is necessary to ensure adequate time for counsel to prepare a thorough response and to obtain necessary supervisory review of the Government's response. Defendant's counsel will file a response to the complaint as soon after September 26, 2003 as feasible.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 60 days, to and including November 25, 2003, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Robert E. Kirschman, Jr. by
Deborah G. Bynum
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s/ Virginia G. Farrier
VIRGINIA G. FARRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

September 9, 2003

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2003, a copy of foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Virginia G. Farrier
Virginia G. Farrier