# In the United States Court of Federal Claims

No. 03-1798C
(Filed: October 8, 2003)

```
***********************************
                                  *
AMERICAN RENOVATION               *
AND CONSTRUCTION COMPANY,         *
                                  *
              Plaintiff,          *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
***********************************
```

**ORDER**

It is hereby ordered that Defendant's Unopposed Motion for Enlargement of Time is GRANTED. Defendant has until November 26, 2003 to file an answer.

S/ Chief Judge Edward J. Damich