# In the United States Court of Federal Claims

No. 03-1798C
(Filed: February 6, 2004)

| | |
|---|---|
| *********************************** | |
| | * |
| **AMERICAN RENOVATION** | * |
| **AND CONSTRUCTION COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

It is hereby ordered that the Plaintiff's Unopposed Motion for Leave to Supplement the Parties' Joint Preliminary Status Report, Pursuant to the Parties' Agreement to Attempt a Negotiated Settlement is GRANTED. This order is intended to give the parties time to pursue settlement negotiations and attempt alternative dispute resolution. This case is stayed until March 31, 2004. The parties shall file any amendments to the Joint Preliminary Status Report and/or a status report on or by March 31, 2004.

S/ Chief Judge Edward J. Damich