**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO SUPPLEMENT THE PARTIES' JPSR**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff"), by counsel, and pursuant to discussions with, and the concurrence of, counsel for the Defendant, The United States of America (the "Government"), requests the Honorable Court to allow the parties an extension of time by sixty (60) days to supplement the parties' Joint Preliminary Status Report ("JPSR"), with respect to the requirements of paragraphs 7(e) and 7(g) of the Court's Standard Special Procedures. By Order dated February 6, 2004, the parties' amendments to the JPSR and/or a status report are currently due on or before March 31, 2004.

As grounds for this unopposed motion, Plaintiff states as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States of America, filed its Answer on November 25, 2003.

3. The parties filed a Joint Preliminary Status Report ("JPSR") on January 16, 2004.

4. Concurrent with the JPSR, on January 16, 2004, ARC also filed an unopposed motion for leave to supplement the JPSR on or before March 31, 2004, with respect to the requirements of paragraphs 7(e) and 7(g) of the Court's Standard Special Procedures, pursuant to the parties' agreement to attempt a negotiated settlement (the "Motion").

5. On February 6, 2004, the Court granted ARC's Motion and ordered the parties to file any amendments to the JPSR and/or a status report on or by March 31, 2004.

6. Representatives of the parties met on March 8, 2004 to discuss the possibility of reaching a negotiated settlement.

7. On March 8, 2004, the parties agreed to exchange certain information informally in order to facilitate further discussions.

8. The parties agree that approximately two more months are required to exchange the necessary information and to reconvene for further discussions.

9. The parties wish to avoid the significant costs that would be required to engage in formal discovery procedures and the voluminous exchange of lists and other disclosures set out in RCFC 26(a)(1), considering the nature and size of the dispute. Given the parties' mutual agreement to attempt a negotiated settlement and to exchange any necessary information informally, the parties believe it may become unnecessary to expend these costs. Therefore, the parties believe it is still premature to plan the formal discovery process, as set

forth in paragraph 7(e) of the Court's Standard Special Procedures, and to engage in the exchanges and disclosures described in paragraph 7(g) of the Court's Standard Special Procedures.

10. In the event the parties are not successful in achieving a negotiated settlement that fully resolves the parties' disputes relating to the contract at issue, the parties propose to supplement the JPSR, in accordance with paragraphs 7(e) and 7(g) of the Court's Standard Special Procedures on or before May 31, 2004.

11. In any event, the parties propose to file a status report on or before May 31, 2004.

WHEREFORE Plaintiff, American Renovation and Construction Company, with the concurrence of counsel for the Defendant, The United States of America, who has reviewed and approved this Motion before filing, respectfully requests leave of the Honorable Court to Supplement the parties' JPSR, and/or to file a status report, on or before May 31, 2004.

Respectfully submitted this 24th day of March 2004.

AMERICAN RENOVATION AND
CONSTRUCTION COMPANY

By Counsel:

By: s/- Robert G. Watt
ROBERT G. WATT
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
rwatt@wthf.com

Of Counsel:

HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
hmirchan@wthf.com

CERTIFICATE OF FILING

I hereby certify that on March 24, 2004, a copy of the foregoing UNOPPOSED MOTION FOR ADDITIONAL TIME TO SUPPLEMENT THE PARTIES' JPSR was filed electronically. I understand that a copy of the Unopposed Motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harish C. Mirchandani