# In the United States Court of Federal Claims

No. 03-1798C
(Filed: April 2, 2004)

***********************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

It is hereby ordered that the Plaintiff's Unopposed Motion for Additional Time to Supplement the Parties' JPSR (Joint Preliminary Status Report) is GRANTED. This order is intended to give the parties time to pursue settlement negotiations and attempt alternative dispute resolution. This case is stayed until May 31, 2004. The parties shall file any amendments to the Joint Preliminary Status Report and/or a status report on or by May 31, 2004. If the parties file a status report, it shall detail all actions taken from this date forwards towards settlement of this case.

S/ Chief Judge Edward J. Damich