IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 03-1798C<br>(Chief Judge Damich) |

JOINT STATUS REPORT

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated April 2, 2004, submit this joint status report, stating as follows:

1. Plaintiff, ARC, filed the complaint in this case on July 28, 2003.

2. Defendant, the United States, filed its answer on November 25, 2003.

3. The parties filed a joint preliminary status report ("JPSR") on January 16, 2004.

4. Concurrent with the JPSR, on January 16, 2004, ARC also filed an unopposed motion for leave to supplement the JPSR on or before March 31, 2004, with respect to the requirements of paragraphs 7(e) and 7(g) of the Court's Standard Special Procedures, pursuant to the parties' agreement to attempt a negotiated settlement (the "Motion").

5. On February 6, 2004, the Court granted ARC's Motion and ordered the parties to file any amendments to the JPSR and/or a status report on or by March 31, 2004.

6. Representatives of the parties met on March 8, 2004 to discuss the possibility of reaching a negotiated settlement.

7. On March 8, 2004, the parties agreed to exchange certain information informally in order to facilitate further discussions.

8. The parties have had further discussions regarding the alternative dispute resolution process, including the informal exchange of documents.

9. The parties wish to avoid the significant costs that would be required to engage in formal discovery procedures and the voluminous exchange of lists and other disclosures set out in RCFC 26(a)(1), considering the nature and size of the dispute. Given the parties' mutual agreement to attempt a negotiated settlement and to exchange any necessary information informally, the parties believe it may become unnecessary to expend these costs. Therefore, the parties believe it is still premature to plan the formal discovery process, as set forth in paragraph 7(e) of the Court's Standard Special Procedures, and to engage in the exchanges and disclosures described in paragraph 7(g) of the Court's Standard Special Procedures.

10. The parties seek leave of the Court to continue their mutual attempts to pursue alternative dispute resolution methods and the parties propose to file a joint status report on or before July 31, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

Attorneys for Defendant
DATED: June 1, 2004

s/Robert G. Watt

ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
7929 Westpark Drive, Suite 400
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039

Attorney for Plaintiff
DATED: June 1, 2004

CERTIFICATE OF FILING

I hereby certify that on June 1, 2004, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Unopposed Motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell