# In the United States Court of Federal Claims

No. 03-1798C
(Filed: June 8, 2004)

| | |
|---|---|
| ************************************ | |
| | * |
| **AMERICAN RENOVATION** | * |
| **AND CONSTRUCTION COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

Pursuant to the parties' Joint Status Report of June 1, 2004, the stay in this case is hereby continued until August 2, 2004. This stay is intended to give the parties time to pursue settlement negotiations and attempt alternative dispute resolution. The parties shall file any amendments to the Joint Preliminary Status Report and/or a status report on or by July 16, 2004. If the parties file a status report, it shall detail all actions taken from this date forwards towards settlement of this case.

S/ Chief Judge Edward J. Damich