**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **Case No. 03-1798C**<br>**(Chief Judge Damich)** |

**JOINT STATUS REPORT**

COMES NOW the Plaintiff, American Renovation & Construction Company (“ARC” or “Plaintiff”) and the Defendant, United States of America, by counsel, and pursuant to the Court's Order dated June 8, 2004, submit this Joint Status Report, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States of America, filed its Answer on November 25, 2003.

3. The parties filed a Joint Preliminary Status Report ("JPSR") on January 16, 2004.

4. Concurrent with the JPSR, on January 16, 2004, ARC also filed an unopposed motion for leave to supplement the JPSR on or before March 31, 2004, with respect to the requirements of paragraphs 7(e) and 7(g) of the Court's Standard Special Procedures, pursuant to the parties' agreement to attempt a negotiated settlement (the "Motion").

5. On February 6, 2004, the Court granted ARC's Motion and ordered the parties to file any amendments to the JPSR and/or a status report on or by March 31, 2004.

6. Representatives of the parties met on March 8, 2004 to discuss the possibility of reaching a negotiated settlement.

7. On March 8, 2004, the parties agreed to exchange certain information informally in order to facilitate further discussions.

8. On April 2, 2004, the Court granted ARC's unopposed motion and ordered the parties to file a joint status report by May 31, 2004.

9. The parties filed a Joint Status Report on or about June 1, 2004.

10. On June 8, 2004, the Court continued the stay in this case until August 2, 2004 and allowed the parties to file a status report by July 16, 2004.

11. The parties have had further discussions regarding the alternative dispute resolution process, including the informal exchange of documents.

12. Specifically, pursuant to a detailed request by the Government, ARC has provided the Government a significant volume of documents relating to ARC's claims. The Government's consultants are currently in the process of reviewing these documents.

13. The parties wish to avoid the significant costs that would be required to engage in formal discovery procedures and the voluminous exchange of lists and other disclosures set out in RCFC 26(a)(1), considering the nature and size of the dispute. Given the parties' mutual agreement to attempt a negotiated settlement and to exchange any necessary information informally, the parties continue to believe that it

may become unnecessary to expend these costs. Therefore, the parties believe it is still premature to plan the formal discovery process, as set forth in paragraph 7(e) of the Court's Standard Special Procedures, and to engage in the exchanges and disclosures described in paragraph 7(g) of the Court's Standard Special Procedures.

14. The parties seek leave of the Court to continue their mutual attempts to pursue alternative dispute resolution methods and the parties propose to file a joint status report on or before September 16, 2004. Correspondingly, the parties respectfully request the Court to continue the case by sixty days, until September 30, 2004.

Respectfully submitted,

s/ Robert G. Watt
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
7929 Westpark Drive, Suite 400
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff
DATED: July 16, 2004

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

Attorneys for Defendant
DATED: July 16, 2004

CERTIFICATE OF FILING

I hereby certify that on July 16, 2004, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Unopposed Motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell