# In the United States Court of Federal Claims

No. 03-1798C
(Filed: August 10, 2004)

| | |
|---|---|
| ********************************** | |
| | * |
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ********************************** | |

## ORDER

It is hereby ORDERED that a telephonic status conference on this case will be held on August 18, 2004 at 2:00 PM eastern time. The purpose of this status conference is to update the Court about progress towards settlement and to determine what actions this Court should take in order to help bring about a prompt resolution of this case.

This status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at three business days prior to the status conference, that a reporter be present.

Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

S/ Chief Judge Edward J. Damich