# In the United States Court of Federal Claims

No. 03-1798C
(Filed: August 23, 2004)

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

In response to the parties' request at the status conference held before this Court on August 19, 2004, the Court hereby ORDERS that the parties have until October 22, 2004 to conclude the informal discovery necessary to facilitate their settlement negotiations. The parties shall file a status report on or before October 25, 2004 (with a courtesy copy submitted to chambers via email or fax on the date it is filed), and a telephonic status conference shall be held on Thursday, October 28, 2004, at 10:00 AM eastern time.

The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present.

Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

S/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge