**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| **Plaintiff,** | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **v.** | |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant** | |

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff"), by counsel, and pursuant to the Court's oral order during a telephone status conference held on August 18, 2004 and Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, hereby moves this Court for leave to substitute its "Attorney of Record" to the following:

Harish Mirchandani
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia, 22102
Tel. No.: (703) 749-1000
Fax No.: (703) 893-8029

An "Affidavit of Appointment" is attached hereto and the endorsement of the previous Attorney of Record, Robert G. Watt, Esq., is recorded herewith.

Plaintiff further moves for leave to designate Robert G. Watt, Esq. as "Of Counsel."

The undersigned is authorized to represent that counsel for the Government consents to the requested substitution of counsel.

WHEREFORE, the Plaintiff respectfully requests this Court to grant leave to substitute its Attorney of Record and designate its Of Counsel.

Dated this 6th day of October, 2004.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

Harish Mirchandani
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia, 22102
Tel. No.: (703) 749-1000
Fax No.: (703) 893-8029
ATTORNEY OF RECORD

OF COUNSEL:

Robert G. Watt, Esq.
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia, 22102
Tel. No.: (703) 749-1000
Fax No.: (703) 893-8029

FORMERLY ATTORNEY OF RECORD

Robert G. Watt, Esq.
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia, 22102
Tel. No.: (703) 749-1000
Fax No.: (703) 893-8029

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**AFFIDAVIT OF APPOINTMENT**

COMMONWEALTH OF VIRGINIA )
) ss.
COUNTY OF FAIRFAX )

I, HARISH C. MIRCHANDANI, do hereby attest to the following:

1. I am an attorney practicing at the law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. and a member of the bar of this Court.

2. The law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. has been retained to act on behalf of the Plaintiff in the instant action.

3. ROBERT G. WATT, ESQ., from the same law firm, WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., was previously Attorney of Record for the Plaintiff in the instant action. Pursuant to the Court's oral order on August 18, 2004, I have been appointed by the Plaintiff to appear as its Attorney of Record.

4. I hereby request that I substitute as Attorney of Record in the instant action and that Robert G. Watt, Esq., be designated Of Counsel.

Dated this 6th day of October 2004.

Respectfully submitted,

Harish C. Mirchandani

SIGNED AND SWORN TO before me this 6th day of October 2004.

Karilyn Kunstbeck
Notary Public

My Commission expires: MY COMMISSION EXPIRES JANUARY 31, 2008