# In the United States Court of Federal Claims

No. 03-1798C
(Filed: October 25, 2004)

*************************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

## ORDER

A status conference in this case is currently scheduled for Thursday, October 28, 2004 at 10:00 AM Eastern Time. With the agreement of the parties, the Court hereby ORDERS that the status conference be RESCHEDULED for Monday, November 8, 2004 at 2:00 PM Eastern Time.

The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present.

Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

S/ Edward J. Damich
Edward J. Damich
Chief Judge