# In the United States Court of Federal Claims

No. 03-1798C
(Filed: November 5, 2004)

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

A status conference in this case is currently scheduled for Monday, November 8, 2004 at 2:00 PM Eastern Time. Because the parties will be meeting on November 9 to discuss settlement, the status conference should be postponed. Therefore, the Court orders the following:

(1) The status conference scheduled for Monday, November 8, 2004 at 2:00 PM Eastern Time is hereby canceled.

(2) The parties shall file a joint status report detailing the progress of their settlement talks on or before November 12, 2004.

(3) A status conference will in held in this case on Friday, November 19, 2004 at 3:00 PM Eastern Time. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

S/ Edward J. Damich
Edward J. Damich
Chief Judge