**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **Case No. 03-1798C**<br>**(Chief Judge Damich)** |

**JOINT STATUS REPORT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated November 5, 2004, submit this Joint Status Report, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States of America, filed its Answer on November 25, 2003.

3. The parties filed a Joint Preliminary Status Report ("JPSR") on January 16, 2004. Pursuant to continuances granted by the Court, the parties supplemented the JPSR with respect to the requirements of paragraphs 7(e) and 7(g) of the Court's Standard Special Procedures, in their Joint Status Report dated October 25, 2004.

4. As represented in prior Joint Status Reports ("JSR"), the parties have been attempting to negotiate an amicable resolution of all their disputes relating to the construction project at issue in this case.

5. Specifically, since the filing of the last JSR on October 25, 2004, the parties have achieved the following:

a. The parties, represented by counsel, consultants, Project personnel and their respective decision makers, held an all-day settlement meeting on November 9, 2004.

b. Prior to the settlement meeting, by letter dated October 28, 2004, Defendant submitted a list of questions, concerns and comments regarding Plaintiff's affirmative claims, for discussion at the November 9, 2004 meeting. Defendant's submission was made as represented in paragraph 9 of the parties October 25, 2004 JSR.

c. Prior to the settlement meeting, by letter dated November 3, 2004, Plaintiff submitted a supplement to its June 26, 2002 request for equitable adjustment to incorporate subsequent cost proposals and issues that arose on the construction project in order to attempt a global settlement of all disputes relating to the project. Plaintiff's submission was made as represented in paragraph 10 of the parties October 25, 2004 JSR.

6. The parties made significant progress during the November 9, 2004 settlement meeting. Each of the parties made a presentation of its positions on the issues, responded to questions raised by the other party and, thereafter, exchanged settlement offers. However, the parties were not able to achieve resolution of the disputes on November 9, 2004.

7. Among other things, Defendant requires additional time to review Plaintiff's supplemental information before the parties can reach a global settlement of all disputes

relating to the Project. Defendant proposes to complete its review and submit any questions to Plaintiff regarding the supplemental information by December 31, 2004.

8. In the event the parties are unable to achieve a negotiated settlement, Plaintiff proposes to submit its computation of damages relating to the present lawsuit appealing its default termination on or before December 31, 2004.

9. The parties expect to continue their settlement meeting before January 31, 2005.

10. The parties remain committed to attempting a negotiated global settlement of disputes relating to the underlying construction Project.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff
DATED: November 12, 2004

Of Counsel:

ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Michael N. O’Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624
Attorneys for Defendant
DATED: November 12, 2004

CERTIFICATE OF FILING

I hereby certify that on November 12, 2004, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell