# In the United States Court of Federal Claims

No. 03-1798C
(Filed: November 19, 2004)

************************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

A Motion to Intervene as Plaintiff on behalf of Classical Financial Services, LCC ("CFS"), along with supporting memoranda and exhibits, was received in paper format at the Clerk's office on November 8, 2004. The motion had two defects. First, it failed to meet the requirements of rule 7(b) of the Rules of the Court of Federal Claims because the memorandum in support of the motion was not attached to the motion. Second, all filings in this case are to be filed electronically pursuant to General Orders 42 and 42A of this court. CFS's motion was filed in paper format. The Court directs the Clerk's office to accept CFS's filing by leave of the judge.

Any future filings made by CFS in this case shall be filed electronically and shall otherwise comply with the rules of this Court.

S/ Edward J. Damich
Edward J. Damich
Chief Judge