ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
NOV 19 2004
U.S. COURT OF FEDERAL CLAIMS
by leave of the Judge

**AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**

**Plaintiff,**

**CLASSICAL FINANCIAL SERVICES, LLC,**

**Intervenor,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

**CIVIL ACTION FILE NO. 1:03-CV-01798-EJD**

---

**CLASSICAL FINANCIAL SERVICES, LLC'S MOTION TO INTERVENE AS PLAINTIFF**

---

COMES NOW Intervenor Classical Financial Services, LLC ("Intervenor") and, pursuant to R.C.F.C. 24(a), moves the Court for leave to intervene as a Plaintiff in the above-styled action, on the grounds that Intervenor has an interest relating to the property or transaction which is the subject of this action and Intervenor is so situated that the disposition of this action may as a practical matter impair or impede Intervenor's ability to protect that interest. Alternatively, Intervenor moves the Court to allow the permissive intervention of Intervenor pursuant to R.C.F.C. 24(b) on the grounds that Interenor's claims and Plaintiff's claims in this action have common questions of law and fact. The facts supporting this motion include without limitation the following: (a) Intervenor is the assignee of the contract at issue in this case; (b) Intervenor has a security interest in

Plaintiff's claims asserted herein and any and all proceeds thereof; and (c) Intervenor has a judgment against Plaintiff in the amount of $17,000,000.

A proposed Intervenor's Complaint is attached hereto as Exhibit "1," and a proposed Order granting this motion is attached hereto as Exhibit "2."

WHEREFORE, Intervenor respectfully requests that its motion be granted and that the Court enter an order permitting the filing of Intervenor's Complaint.

Respectfully submitted this 8th day of November, 2004.

William C. Collins, Jr.
Georgia Bar No. 178847
Kwende B. Jones
Georgia Bar No. 041155
Attorneys for Intervenor
Classical Financial Services, Inc.

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244