## ASSIGNMENT OF LOAN DOCUMENTS

For and in consideration of the sum of one dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, **Classical Receivables Funding Company, L.L.C.**, a Tennessee limited liability company ("Assignor"), whose mailing address is 530 Oak Court Drive, Suite 400, Memphis, Tennessee 38117, does hereby, through its duly appointed and authorized officers, bargain, sell, give, grant, convey, transfer, set over and assign, WITHOUT RECOURSE, to **Classical Financial Services, L.L.C.**, a Tennessee limited liability company, its successors and assigns, all of Assignor's rights, title and interest in, to and under the following instruments and documents:

i) that certain Promissory Note, dated as of July 15, 1996, executed by American Renovation & Construction Company ("Borrower") in favor of Assignor in the original principal amount of $2,000,000.00 (the "Note"), evidencing indebtedness now existing or hereafter arising, including all renewals, modifications and extensions thereof;

ii) that certain Loan Agreement, dated of even date as the Note, executed by Borrower to Assignor;

iii) that certain Assignment and Security Agreement dated of even date as the Note, executed by Borrower to Assignor; and

iv) all of Assignor's "Loan Documents". For the purposes hereof, "Loan Documents" shall mean all documents currently in the possession of Assignor or hereafter acquired, pertaining to the loan evidenced by the Note, as well as all future advances, renewals, modifications and extensions thereof including, but not limited to, loan agreements, guaranties, security agreements, affidavits and certificates, general credit information, credit records from Assignor, payment histories, signed loan applications, appraisals and insurance policies.

**IN WITNESS WHEREOF**, said Assignor has caused this Assignment to be executed as of the 22nd day of August, 1996.

**ASSIGNOR:**

**Classical Receivables Funding Company, L.L.C.,**
**a Tennessee limited liability company**

**By:** Dennis R. Terhune
**Dennis R. Terhune, Operating Manager**

rtc:\scholl\classical financial\assignment of loan docs