# INSTRUMENT OF ASSIGNMENT

REFERENCE CONTRACT NUMBER: F08602-99-CK006 ("Contract")

KNOW ALL MEN BY THESE PRESENTS: That AMERICAN RENOVATION & CONSTRUCTION COMPANY, 3645 Camino Del Rio South, San Diego California 92108-4004, for value received and in accordance with the Assignment of Claims Act of 1940, as amended (31 U.S.C. Section 3727, 41 U.S.C. Section 15), the undersigned Contractor, as Assignor, does hereby assign, set over, and transfer unto CLASSICAL FINANCIAL SERVICES, L.L.C., 530 Oak Court Drive, Suite 400, Memphis, Tennessee 38117, as Assignee, all of Assignor's right, title and interest to all payments, from the Department Of The Air Force, 6th Air Refueling Wing, or from any agency or department accruing under the above referenced contract. Assignor acknowledges that upon delivery by the Assignee to said agency of a Notice of Assignment with respect to said contract, all payments due or to become due under said contract are to be made to the Assignee.

The Assignee shall not be held responsible for the performance of any work or for the manufacture or delivery of any of the items mentioned in said Contract.

ATTEST:

By: [signature]
Name: Treasurer
Title: Kim McMahon

(SEAL)

AMERICAN RENOVATION & CONSTRUCTION COMPANY
(Assignor)

By: [signature]
Tony Dethloff, Vice President
Date: 9-16-99

Assignment accepted at Memphis, Tennessee this 17th day of September 1999.

CLASSICAL FINANCIAL SERVICES, L.L.C.
(Assignee)

By: Dennis R. Terhune
Dennis R. Terhune
Title: Chief Manager

Sworn and subscribed before me by the foregoing named officer of Classical Financial Services, L.L.C. this 17th day of Sept, 1999, at Memphis, Tennessee.

[signature]
Notary Public July 9 2003
(SEAL)

# NOTICE OF ASSIGNMENT

To: Contracting Officer
Department Of The Air Force
6th Contracting Squadron/LGCC
2606 Brown Pelican Avenue
MacDill AFB, Florida 33621-5000

This has reference to Contract No. F08602-99-CK006 dated March 31, 1999, entered into between AMERICAN RENOVATION & CONSTRUCTION COMPANY, 3645 Camino Del Rio South, San Diego, California 92108-4004 (hereinafter, the "Assignor") and the Department Of The Air Force to construct JNCO Family Housing Units, Phases III and IV.

PLEASE TAKE NOTICE that moneys due or to become due under the contract described above have been assigned to the CLASSICAL FINANCIAL SERVICES, L.L.C., (hereinafter, the "Assignee"), pursuant to the provisions of the Assignment of Claims Act of 1940, as amended (31 U.S.C. Section 3727, 41 U.S.C. Section 15) and the Federal Acquisition Regulations ("FAR") relating thereto (48 U.S.C. Subsections 32.800-32.806).

A true copy of the Instrument of Assignment executed by the Assignor on September 16,1999 is attached to the original hereof.

Payments due or become due under Contract should be made to the assignee as follows: checks should be made payable to CLASSICAL FINANCIAL SERVICES, L.L.C., (CAGE Code: 1H2R3) and remitted to the Assignee at: CLASSICAL FINANCIAL SERVICES, L.L.C., P.O. Box 281370, Atlanta, Georgia 30384-1370.

Please return to the undersigned at your earliest convenience the three enclosed copies of this Notice with appropriate notations showing the date and hour of receipt, and duly signed by the person acknowledging receipt on behalf of the addressee.

By: Dennis R. Terhune

Dennis R. Terhune
Title: Chief Manager
CLASSICAL FINANCIAL SERVICES, L.L.C.

Receipt is hereby acknowledged of the above Notice and a copy of the above mentioned Instrument of Assignment. These were received at ____________ a.m/p.m. on ________________________, 2000.

DEPARTMENT OF THE AIR FORCE
6TH CONTRACTING SQUADRON/LGCC

______________________________
(Signature)

______________________________
(Title)