FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 31 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLASSICAL FINANCIAL SERVICES, L.L.C.,

Plaintiff,

v.

AMERICAN RENOVATION & CONSTRUCTION COMPANY, INC.,

Defendant.

AMERICAN RENOVATION AND CONSTRUCTION COMPANY, INC., IVAN VELASQUEZ, ANTHONY DETHLOFF, ANTHONY J. JEMISON, KIMBERLY McMAHON, and BLANCHE RICHARDSON,

Counterclaimants,

v.

DENNIS R. TERHUNE, CLASSICAL FINANCIAL SERVICES, L.L.C., CLASSICAL RECEIVABLES FUNDING COMPANY, L.L.C., CASH FLOW MANAGEMENT, L.P., and COMMERCIAL CAPITAL, INC.,

Counterclaim Defendants.

CIVIL ACTION
FILE NO. 1:00-CV-1114 (WBH)

ATTEST: A TRUE COPY
THIS
NOV 3 - 2004
Luther D. Thomas, Clerk
By: Deputy Clerk

## FINAL CONSENT ORDER AND JUDGMENT

With the consent of all parties hereto, it is hereby ORDERED and ADJUDGED as follows:

1. Barbara Terhune, as executrix of the Estate of Dennis R. Terhune, is hereby substituted for Dennis R. Terhune as the proper party in this action.

2. JUDGMENT is hereby entered in favor of Plaintiff Classical Financial Services, L.L.C., and against Defendant American Renovation and Construction Company, Inc., on Count I of the Complaint in the amount of SEVENTEEN MILLION DOLLARS ($17,000,000.00).

3. Count II of the Complaint (Foreclosure of Security Agreement and Possession of Collateral) and Count IV (Conversion) are hereby dismissed **without** prejudice, and all other claims in this action, including without limitation all remaining claims of Plaintiff and any and all counterclaims asserted by any party are hereby dismissed **with** prejudice.

4. Each party shall bear their own costs and attorney's fees.

SO ORDERED this 31 day of August, 2004.

Willis B. Hunt, Jr.
Judge, United States District Court

**(SIGNATURES CONTINUED ON FOLLOWING PAGE)**

Consented to by:

Dennis A. Brown
Georgia Bar No. _________

Finley & Buckley, P.C.
2931 North Druid Hills Road
Suite C
Atlanta, Georgia 30329
(404) 320-9979

Attorney for Classical Financial Services, L.L.C.

Henry L. Klein
Tennessee Bar No. 8856

APPERSON, CRUMP, & MAXWELL PLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 756-6300

Attorneys for Dennis R. Terhune, Classical Financial Services, L.L.C., and Classical Receivables Funding Company, L.L.C.

William C. Collins
Georgia Bar No. 178847

BURR & FORMAN LLP
600 West Peachtree Street
Suite 1200, One Georgia Center
Atlanta, Georgia 30308
(404) 815-3000

Attorney for Cash Flow Management L.P. and Commercial Capital, Inc.

Dan Campbell
Arizona Bar No. _________

Bell, O'Connor & Campbell, P.C.
City Square Plaza, Suite 1800
3838 North Central Avenue
Phoenix, Arizona 85012
(602) 241-7000

Attorney for Defendant/ Counterclaimants/Counter-Defendants

Consented to by:

Dennis A. Brown
Georgia Bar No. 086986

Finley & Buckley, P.C.
2931 North Druid Hills Road
Suite C
Atlanta, Georgia 30329
(404) 320-9979

Attorney for Classical Financial Services, L.L.C.

Henry L. Klein
Tennessee Bar No. 8856

APPERSON, CRUMP, & MAXWELL PLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 756-6300

Attorneys for Dennis R. Terhune, Classical Financial Services, L.L.C., and Classical Receivables Funding Company, L.L.C.

William C. Collins
Georgia Bar No. 178847

BURR & FORMAN LLP
600 West Peachtree Street
Suite 1200, One Georgia Center
Atlanta, Georgia 30308
(404) 815-3000

Attorney for Cash Flow Management L.P. and Commercial Capital, Inc.

Dan Campbell
Arizona Bar No. ___________

Bell, O'Connor & Campbell, P.C.
City Square Plaza, Suite 1800
3838 North Central Avenue
Phoenix, Arizona 85012
(602) 241-7000

Attorney for Defendant/Counterclaimants/Counter-Defendants

Stuart F. Clayton, Jr.
Georgia Bar No. ___________

Lamberth, Bonapfel, Cifelli & Stokes, P.A.
Atlanta Financial Center
3343 Peachtree Road, N.E.
Suite 550
Atlanta, Georgia 30326-1009

Lesa Christensen
California Bar No. __________

Ashworth, Blanchet, Christensen & Kalemkrarvan
610 West Ash Street, Suite 800
San Diego, California 92101
(619) 234-8585

Consented to by:

Dennis A. Brown
Georgia Bar No. ________

Finley & Buckley, P.C.
2931 North Druid Hills Road
Suite C
Atlanta, Georgia 30329
(404) 320-9979

Attorney for Classical Financial Services, L.L.C.

William C. Collins
Georgia Bar No. 178847

BURR & FORMAN LLP
600 West Peachtree Street
Suite 1200, One Georgia Center
Atlanta, Georgia 30308
(404) 815-3000

Attorney for Cash Flow Management L.P. and Commercial Capital, Inc.

Henry L. Klein
Tennessee Bar No. 8856

APPERSON, CRUMP, & MAXWELL PLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 756-6300

Attorneys for Dennis R. Terhune, Classical Financial Services, L.L.C., and Classical Receivables Funding Company, L.L.C.

Dan Campbell
Arizona Bar No. 005395

Bell, O'Connor & Campbell, P.C.
City Square Plaza, Suite 1800
3838 North Central Avenue
Phoenix, Arizona 85012
(602) 241-7000

Attorney for Defendant/ Counterclaimants/Counter-Defendants

Consented to by:

Dennis A. Brown
Georgia Bar No. ________

Finley & Buckley, P.C.
2931 North Druid Hills Road
Suite C
Atlanta, Georgia 30329
(404) 320-9979

Attorney for Classical Financial Services, L.L.C.

Henry L. Klein
Tennessee Bar No. 8856

APPERSON, CRUMP, & MAXWELL PLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 756-6300

Attorneys for Dennis R. Terhune, Classical Financial Services, L.L.C., and Classical Receivables Funding Company, L.L.C.

William C. Collins
Georgia Bar No. 178847

BURR & FORMAN LLP
600 West Peachtree Street
Suite 1200, One Georgia Center
Atlanta, Georgia 30308
(404) 815-3000

Attorney for Cash Flow Management L.P. and Commercial Capital, Inc.

Dan Campbell
Arizona Bar No. ________

Bell, O'Connor & Campbell, P.C.
City Square Plaza, Suite 1800
3838 North Central Avenue
Phoenix, Arizona 85012
(602) 241-7000

Attorney for Defendant/Counterclaimants/Counter-Defendants

Stuart F. Clayton, Jr.
Stuart F. Clayton, Jr.
Georgia Bar No. 129743

Lamberth, Cifelli, Stokes & Stout P.A.
3343 Peachtree Road, N.E.
Suite 550
Atlanta, Georgia 30326-1009
(404) 262-7373

Attorney for Defendants/Counter-claimants/Counter-Defendants

Lesa Christensen
California Bar No. ________

Ashworth, Blanchet, Christensen & Kalemkrarvan
610 West Ash Street, Suite 800
San Diego, California 92101
(619) 234-8585

Attorney for Defendants/Counter-claimants/Counter-Defendants

______________________
Stuart F. Clayton, Jr.
Georgia Bar No. ____________

Lamberth, Bonapfel, Citelli & Stokes, P.A.
Atlanta Financial Center
3343 Peachtree Road, N.E.
Suite 550
Atlanta, Georgia 30326-1009
(404) 262-7373

Attorney for Defendants/Counter-claimants/Counter-Defendants

[signature]
Lesa Christensen
California Bar No. 120493

Ashworth, Blanchet, Christensen & Kalemkrarvan
610 West Ash Street, Suite 800
San Diego, California 92101
(619) 234-8585

Attorney for Defendants/Counter-claimants/Counter-Defendants