# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br>Plaintiff,<br>CLASSICAL FINANCIAL SERVICES, LLC,<br>Intervenor,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | CIVIL ACTION<br>FILE NO. 1:03-CV-01798-EJD |

## ORDER GRANTING CLASSICAL FINANCIAL SERVICES, LLC'S MOTION TO INTERVENE AS PLAINTIFF

Having reviewed Intervenor Classical Financial Services, LLC's Motion to Intervene as Plaintiff and all documents in support and in opposition thereof and finding that the conditions for intervention under R.C.F.C. 24 exist,

The Court hereby GRANTS the motion and ORDERS that Classical Financial Services, LLC, shall be permitted to intervene as Plaintiff in the above-styled action. The Clerk of the Court is directed to designate the Intervenor's Complaint attached to said motion as "filed."

Dated this ____ day of ________________________, 200__.

______________________________
Edward J. Damich, Chief Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **CLASSICAL FINANCIAL SERVICES, LLC'S MOTION TO INTERVENE AS PLAINTIFF** has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 8th day of November, 2004:

Harish Chellaram Mirchandani
Watt, Tieder, Hoffar & Fitcgerals, LLP
7929 West Park Drive, Suite 400
McLean, Virginia 22102

Michael N. O'Connell, Jr.
U. S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., A Floor
Washington, DC 20530

William C. Collins, Jr.
Georgia Bar No.: 178847
Kwende B. Jones
Georgia Bar No. 041155

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244