# In the United States Court of Federal Claims

No. 03-1798C
(Filed: November 19, 2004)

***********************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

A joint status conference was held in this case on November 19, 2004. During the status conference the parties discussed the Motion to Intervene filed by leave of the court on the same day. Plaintiff indicated that it would oppose the motion and would file a response in the allotted time. The parties further indicated that they would continue to work toward settlement according to the schedule outlined in the joint status report filed on November 12 , 2004.

Accordingly, the Court hereby orders that a joint status report be filed on or before January 28, 2005, which details the progress of the settlement negotiations in this case. If settlement has not been reached, the parties shall indicate whether they believe further negotiation will result in an amicable resolution, or if they intend to proceed to trial.

A joint status conference will in held in this case on Friday, February 4, 2005 at 10:00 AM Eastern Time. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge