# In the United States Court of Federal Claims

No. 03-1798C
(Filed: December 9, 2004)

************************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

Plaintiff's Response to Classical Financial Services Motion to Intervene as Plaintiff, was received electronically in the Clerk's office on December 6, 2004. The filing was deficient in that the PDF attachment included in the filing exceeded the 2 MB size limit prescribed by General Orders 42 and 42A of this court. The Court directs the Clerk of the Court to accept Plaintiff's filing by leave of the judge.

Any future filings made by Plaintiff in this case shall comply with the rules of this Court.

s/ Edward J. Damich
Edward J. Damich
Chief Judge