IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No: 1:03-CV-01798-EJD |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Intervenor Classical Financial Services, LLC ("Classical Financial" or "Intervenor") and, pursuant to R.C.F.C. 6.1, hereby moves the Court for an enlargement of time of eighteen (18) days to file its reply briefs to (i) Defendant's Opposition to Classical Financial's Motion to Intervene and (ii) Plaintiff's Memorandum of Law in Opposition to Classical Financial's Motion to Intervene as Plaintiff. In support of its Motion, Classical Financial shows the following:

Classical Financial's reply briefs are presently due on December 20, 2004. With the enlargement of 18 days, Classical Financial's reply briefs will now be due on January 7, 2005. The time for Classical Financial to file its reply briefs in this matter has not been previously enlarged. Classical Financial bases this Motion for Enlargement of Time on the following: (1) Plaintiff and Defendant both filed responses in opposition to Intervenor's application thereby necessitating two separate briefs from Intervenor; (2) the response briefs referred to facts, parties and documents not contained in Intervenor's application, requiring a significant amount of analysis and research, fact investigation and briefing by Intervenor; and (3) Classical Financial's primary client contact has been and will be traveling on business for much of the current briefing

period and has therefore been hindered in assisting counsel with the reply briefs. Counsel for Classical Financial has discussed this Motion with counsel for all parties hereto and hereby states that all parties consent to the enlargement of time and there will be no opposition to this Motion. A proposed order granting Classical Financial's Motion for Enlargement of Time is attached hereto as Exhibit "A".

WHEREFORE, appearing that there is no opposition for the granting of this Motion, Classical Financial respectfully requests that the Court grant Classical Financial an enlargement of time of eighteen (18) days through and including January 7, 2005 in which to file its reply briefs to (i) Defendant's Opposition to Classical Financial's Motion to Intervene and (ii) Plaintiff's Memorandum of Law in Opposition to Classical Financial's Motion to Intervene as Plaintiff.

Respectfully submitted this 15th day of December, 2004.

s/ Kwende B. Jones
William C. Collins, Jr.
Georgia Bar No. 178847
Kwende B. Jones
Georgia Bar No. 041155

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2004, a copy of foregoing Classical Financial's Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be set to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kwende B. Jones