**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No: 1:03-CV-01798-EJD** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Intervenor Classical Financial Services, LLC's Motion for Enlargement of Time having been read and considered, and it appearing that all parties to this litigation consent to the granting of said Motion, and for good cause show, it is hereby ORDERED, ADJUDGED, and DECREED that Intervenor Classical Financial Services, LLC's Motion for Enlargement of Time is hereby GRANTED and the time within which Classical Financial may file its reply briefs to (i) Defendant's Opposition to Classical Financial's Motion to Intervene and (ii) Plaintiff's Memorandum of Law in Opposition to Classical Financial's Motion to Intervene as Plaintiff is hereby extended eighteen (18) days through and including January 7, 2005.

SO ORDERED, this ____ day of December, 2004.

______________________________
Judge Edward J. Damich

Prepared and Submitted by

s/ Kwende B. Jones______

Kwende B. Jones
Georgia Bar No. 041155

Burr & Forman LLP
Suite 1100, 171 17th Street
Atlanta, Georgia 30363