# In the United States Court of Federal Claims

No. 03-1798C
(Filed: December 17, 2004)

***********************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On December 15, 2004, Proposed Intervenor Classical Financial Services, LLC filed an unopposed Motion for an Enlargement of Time. The Court hereby GRANTS the motion.

On or before January 7, 2005, Classical Financial Services, LLC shall file its reply briefs to (1) Defendant's Opposition to Classical Financial's Motion to Intervene; and (2) Plaintiff's Memorandum of Law in Opposition to Classical Financial's Motion to Intervene as Plaintiff.

s/ Edward J. Damich
Edward J. Damich
Chief Judge