**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No. 03-1798C**
**(Chief Judge Damich)**

## JOINT STATUS REPORT

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff") and the Defendant, the United States, by counsel, and pursuant to the Court's Orders dated November 19 and 22, 2004, submit this Joint Status Report, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant filed its Answer on November 25, 2003.

3. As represented in prior Joint Status Reports ("JSR"), the parties have been attempting to negotiate an amicable resolution of all their disputes relating to the construction project at issue in this case. In particular, as noted in the parties' last JSR filed on November 12, 2004, the parties, represented by counsel, consultants, Project personnel and their respective decision makers, held an all-day settlement meeting on November 9, 2004.

4. Subsequent to the November 9, 2004 settlement meeting, the parties have achieved the following:

a. Defendant has conducted a review of Plaintiff's November 3, 2004 supplement to its June 26, 2002 request for equitable adjustment ("REA"). During the course of this review, Plaintiff provided additional information and documentation requested by Defendant. Defendant has completed its review of the supplemental REA.

b. Plaintiff has submitted to Defendant its computation of termination-for-convenience damages relating to the present lawsuit appealing its default termination.

5. On November 19, 2004, Classical Financial Services, LLC (“Classical”), moved to intervene as an additional plaintiff. Both ARC and the Government submitted oppositions to Classical’s motion on December 6, 2004. Classical filed a reply on January 7, 2005. The motion remains pending before the Court.

6. The parties are scheduled to continue their settlement meeting on February 22, 2005. Meanwhile, the parties, by counsel, continue to communicate with each other with regard to their ongoing settlement efforts. The parties remain committed to attempting a negotiated global settlement of disputes relating to the underlying construction Project.

7. The parties are scheduled to appear telephonically for a status conference on February 4, 2005. Given the current status of the settlement negotiations, the parties respectfully request the Court to reschedule the status conference until after the parties' February 22, 2005 settlement meeting.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff
DATED: January 28, 2005

Of Counsel:

ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

Attorneys for Defendant
DATED: January 28, 2005

CERTIFICATE OF FILING

I hereby certify that on January 28, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell