# In the United States Court of Federal Claims

No. 03-1798C
(Filed: February 2, 2005)

************************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On January 28, 2005, Plaintiff and Defendant submitted a Joint Status Report in which they indicated that settlement discussions are ongoing, and that an additional settlement meeting is scheduled to take place on February 22, 2005. A status conference in this case is currently scheduled for February 4, 2005. Plaintiff and Defendant request that the status conference be rescheduled for after the February 22 settlement meeting.

The Court hereby ORDERS that a joint status report shall filed on or before February 24, 2005, which details the progress of the settlement negotiations in this case. If settlement has not been reached, the parties shall indicate whether they believe further negotiation will result in an amicable resolution, or if they intend to proceed to trial.

The Court further ORDERS that the joint status conference scheduled for February 4 be rescheduled and will be held on Monday, February 28, 2005, at 10:00 AM Eastern Time. Plaintiff and Defendant shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge