**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No. 03-1798C**
**(Chief Judge Damich)**

**JOINT STATUS REPORT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated February 2, 2005, submit this Joint Status Report, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States of America, filed its Answer on November 25, 2003.

3. As represented in prior Joint Status Reports, the parties have been attempting to negotiate an amicable resolution of all their disputes relating to the construction project at issue in this case. Specifically, in the last JSR, submitted on January 28, 2005, the parties notified the Court that a settlement meeting was scheduled for February 22, 2005.

4. Unfortunately, the parties were forced to reschedule their settlement meeting. Government agency counsel had to take an unscheduled leave of absence starting on February 9, 2005 due to a death in the family, and did not return to work until

February 22, 2005. As a result, the Government was unable to prepare adequately for the meeting.

5. The settlement meeting has been rescheduled for March 10, 2005, which is the first available date for the party representatives necessary for the settlement meeting.

6. By Order dated January 28, 2005, the Court had scheduled a joint status conference, to be held by telephone on February 28, 2005, based on the anticipated settlement meeting date of February 22, 2005. Should the Court wish to go forward with the telephone conference, notwithstanding the postponement of the settlement meeting, counsel for the respective parties are available at the scheduled time.

Respectfully submitted,

s/ Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff

DATED: February 24, 2005

Of Counsel:
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624
Attorneys for Defendant

DATED: February 24, 2005

CERTIFICATE OF FILING

I hereby certify that on February 24, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell