# In the United States Court of Federal Claims

No. 03-1798C
(Filed: February 28, 2005)

***********************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On February 24, 2005, Plaintiff and Defendant submitted a Joint Status Report in which they indicated that the settlement meeting scheduled to take place on February 22, 2005 had to be postponed. A status conference in this case is currently scheduled for February 28, 2005. In view of the postponement of the settlement meeting, the Court hereby ORDERS that the joint status conference scheduled for February 28, 2005 be rescheduled to be held on Wednesday, March 16, 2005, at 10:00 AM Eastern Time.

Plaintiff and Defendant shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

The Court further ORDERS that a joint status report shall filed on or before March 11, 2005, which details the progress of the settlement negotiations in this case. If settlement has not been reached, the parties shall indicate whether they believe further negotiation will result in an amicable resolution, or if they intend to proceed to trial.

s/ Edward J. Damich
Edward J. Damich
Chief Judge