**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| **Plaintiff,** | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated February 28, 2005, submit this Joint Status Report, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. The United States filed its Answer on November 25, 2003.

3. As represented in prior Joint Status Reports ("JSR"), the parties have been attempting to negotiate an amicable resolution of all their disputes relating to the construction project at issue in this case. Since the submission of the last JSR, on February 24, 2005, the parties have made significant progress towards reaching a global settlement of all their disputes relating to the underlying Project. Specifically:

a. Following the production by Plaintiff of additional documents and clarifications regarding costs incurred on the Project, the parties have exchanged informal proposals concerning how the various disputes can be resolved.

b. The parties met on March 10, 2005 to discuss their respective positions.

c. The parties require approximately one more week to review and respond to the latest proposal.

4. Based upon discussions to-date, the parties are hopeful that they will be able to reach an amicable settlement of their disputes.

5. On November 19, 2004, Classical Financial Services, LLC filed a motion to intervene in this lawsuit and the motion was fully briefed as of January 7, 2005. At this time, the Court's ruling on the motion is pending.

Respectfully submitted,

s/ Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff
DATED: March 11, 2005

Of Counsel:

ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O’Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624
Attorneys for Defendant
DATED: March 11, 2005

CERTIFICATE OF FILING

I hereby certify that on March 11, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell