# In the United States Court of Federal Claims

No. 03-1798C
(Filed: March 16, 2005)

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On March 11, 2005, Plaintiff and Defendant submitted a Joint Status Report in which they indicated that a settlement meeting took place on March 10, 2005. A status conference in this case is currently scheduled for March 16, 2005. The parties have indicated that additional time will be necessary to review and respond to the proposals discussed at the meeting. Therefore, with the agreement of the parties, the Court hereby ORDERS that the joint status conference scheduled for March 16, 2005 be rescheduled to be held on Thursday, March 31, 2005, at 10:00 AM Eastern Time.

Plaintiff and Defendant shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

The Court further ORDERS that a joint status report shall filed on or before March 28, 2005, which details the progress of the settlement negotiations in this case. If settlement has not been reached, the parties shall indicate whether they believe further negotiation will result in an amicable resolution, or if they intend to proceed to trial.

s/ Edward J. Damich
Edward J. Damich
Chief Judge