**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| **Plaintiff,** | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC" or "Plaintiff") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated March 16, 2005, submit this Joint Status Report, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States, filed its Answer on November 25, 2003.

3. The parties hereby report that they have reached a tentative settlement of all their disputes, subject to the following conditions:

   a. Approval by the authorized representative of the Attorney General;

   b. Technical clarifications regarding the scope of certain work that Plaintiff has agreed to perform as part of the settlement.

4. The undersigned counsel are in the process of drafting the terms of the settlement agreement, including the scope of work that Plaintiff has agreed to perform, for approval by the authorized representative of the Attorney General.

5. On November 19, 2004, Classical Financial Services, LLC filed a motion to intervene in this lawsuit and the motion was fully briefed as of January 7, 2005. At this time, the Court's ruling on the motion is pending.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff
DATED: March 28, 2005

Of Counsel:
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director
s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624
Attorneys for Defendant

DATED: March 28, 2005

CERTIFICATE OF FILING

I hereby certify that on March 28, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell