**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CLASSICAL FINANCIAL SERVICES, LLC,**<br>**Intervenor Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br>**Defendant.** | ) | **Case No. 03-1798C**<br>**(Chief Judge Damich)** |

**ST. PAUL FIRE & MARINE INSURANCE COMPANY'S**
**MOTION TO INTERVENE AS PLAINTIFF**

COMES NOW the Intervenor-Applicant, St. Paul Fire & Marine Insurance Company ("St. Paul" or "Intervenor-Applicant"), by counsel, and, pursuant to RCFC Rule 24(a), respectfully moves for intervention as a matter of right as Plaintiff in this lawsuit because: (a) St. Paul, a Miller Act Surety, has a legally protectable interest in the subject matter of this lawsuit, pursuant to its equitable subrogation, indemnification and contractual rights; (b) St. Paul's interest may not be adequately protected by the parties already in the lawsuit; and (c) denial of intervention is likely to impair St. Paul's ability to protect its interests. Alternatively, Intervenor-Applicant respectfully moves for intervention under RCFC Rule 24(b) because there are common issues of law or fact between St. Paul's claims and this action. St. Paul's motion for intervention is timely.

St. Paul's grounds for this motion are set forth in the accompanying Memorandum of Law and Appendix thereto.

Plaintiff, American Renovation & Construction Company, and Defendant, United States, by respective counsel, have authorized the undersigned to represent that the parties do not oppose St. Paul's motion to intervene.

Respectfully submitted this 17th day of May 2005.

ST. PAUL FIRE & MARINE INSURANCE COMPANY

By Counsel:
s/- Robert G. Watt
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
rwatt@wthf.com

Of Counsel:
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
hmirchan@wthf.com

CERTIFICATE OF FILING

I hereby certify that on May 17, 2005, a copy of St. Paul's Motion to Intervene, Supporting Memorandum and Appendix, were filed electronically. I understand that a copy of the same will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert G. Watt