IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | Case No. 03-1798C<br>(Chief Judge Damich) |

**AFFIDAVIT OF MARC BROWN**

1. I am a Surety Claims Manager for The St. Paul Travelers Companies, Inc. ("St. Paul Travelers")

2. I am responsible on behalf of St. Paul Travelers for overseeing matters involving St. Paul Travelers' interests relating to the construction project at MacDill Air Force Base that is the subject of this lawsuit.

3. I have personal knowledge of the matters set forth herein.

4. On March 31, 1999, American Renovation and Construction Company, Inc. ("ARC") entered into Contract Number F08602-99-CK006 (the "Contract") with the United States ("Defendant" or "Government") to perform certain construction work on a project known as: Construct JNCO Family Housing Units, Phases III and IV, MacDill AFB, Florida (the "Project").

5. On April 20, 1999, The St. Paul Fire and Marine Insurance Company ("St. Paul" or the "Surety") executed performance and payment bonds,

Bond No. KA6329 (the "Bond"), as a condition of the Contract. A true copy of the Bond is attached as Exhibit 1 hereto.

6. Pursuant to a corporate merger, on or about April 1, 2004, St. Paul Travelers assumed all of the rights and obligations of St. Paul.

7. On April 20, 1999, "for the purpose of inducing [St. Paul] to become surety on the [Bond]," ARC, as the Bond Principal, and ARC's indemnitors executed an Agreement of Indemnity relating to the Contract. A true copy of the Agreement of Indemnity is attached as Exhibit 2 hereto.

8. On or about June 22, 2001, the Contracting Officer issued Contract Modification No. P00014, duly acknowledging, and incorporating into the Contract, an assignment by ARC of all Contract proceeds to First Union National Bank in strict accordance with the procedures mandated per the Anti-Assignment Act. Thereafter, Contract proceeds were disbursed in accordance with the Assignment. A true copy of Contract Modification No. P00014 is attached as Exhibit 3 hereto.

9. On July 29, 2002, Defendant issued a Contracting Officer's Final Decision terminating ARC's Contract for alleged default on the Project. A true copy of the Contracting Officer's Final Decision is attached as Exhibit 4 hereto.

10. On August 7, 2002, St. Paul entered into a Takeover Agreement with the Government to complete the Project. A true copy of the Takeover Agreement is attached as Exhibit 5 hereto.

11. St. Paul has incurred more than $8,431,876 in costs and expenses relating to the performance of work on this Project in excess of Contract revenues it has received to date.

12. I have reviewed the Bond file and determined that Classical Financial Services, LLC had not provided St. Paul any Notice of Assignment of proceeds from the Contract at issue in this case.

13. I have also reviewed the Contract Modifications issued by the Government and determined that the Government did not modify the Contract or otherwise make payments out of the Contract funds to Classical Financial Services, LLC.

Further affiant sayeth not.

[signature]
Marc Brown

Subscribed and sworn to before me, a Notary Public of and for the State of Washington, County of King, this 6th day of December, 2004.

NOTARY PUBLIC
MARCIA A. WEBB
STATE OF WASHINGTON
My Commission Expires Dec. 15, 2004

Marcia A. Webb
Notary Public

My Commission expires: Dec. 15, 2004

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES**<br><br>**Defendant** | **Case No. 03-1798C**<br>**(Chief Judge Damich)** |

**AFFIDAVIT OF MARC BROWN**

**EXHIBIT 1**

NO. KA6329

The St Paul

FORM APPROVED OMB NO. 9000-0045

# PERFORMANCE BOND

*(See Instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract.)* April 20, 1999

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

PRINCIPAL *(Legal name and business address)*
AMERICAN RENOVATION & CONSTRUCTION COMPANY
3645 Camino Del Rio South
San Diego, CA 92108-4004

TYPE OF ORGANIZATION *("X" one)*
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION: California

SURETY(IES) *(Name(s) and business address(es))*
ST. PAUL FIRE AND MARINE INSURANCE COMPANY
385 Washington Street, St. Paul, Minnesota 55102

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENT(S) |
|---|---|---|---|
| 6 | 233 | 629 | 00 |

CONTRACT DATE:
CONTRACT NO.: F08602-99-CK006

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal —

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | |
|---|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) |
| Name(s) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | | | | |
|---|---|---|---|---|
| Name & Address | St. Paul Fire and Marine Insurance Co. 385 Washington Street, St. Paul, Minn. | STATE OF INC. Minn. | LIABILITY LIMIT $144,348,000 | Corporate Seal |
| Signature(s) | 1. [signature] | 2. | | |
| Name(s) & Title(s) (Typed) | 1. Glenn K. Arakaki Attorney-In-Fact | 2. | | |

**CORPORATE SURETY(IES) (Continued)**

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| SURETY C | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| SURETY D | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| SURETY E | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| SURETY F | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| SURETY G | Name & Address | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

500,000 @7.20 3,600
,000,000 @5.04 10,080
,500,000 @4.32 10,800
,233,629 @3.84 4,737

| BOND PREMIUM | RATE PER THOUSAND | TOTAL |
|---|---|---|
| | $* | $ 29,217.00 |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorization person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form insert only the letter identification of the sureties.

(b) Where individual sureties are involved, two or more responsible persons shall execute the bond. A completed Affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require these sureties to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 BACK (Rev. 1-90)

Bond No. KA6329
Premium included in performance bond

The St Paul

FORM APPROVED OMB NO. 9000-0045

# PAYMENT BOND
*(See Instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract.)*: April 20, 1999

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

PRINCIPAL *(Legal name and business address)*
AMERICAN RENOVATION & CONSTRUCTION COMPANY
3645 Camino Del Rio South
San Diego, CA 92108-4004

TYPE OF ORGANIZATION *("X" one)*
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION: California

SURETY(IES) *(Name(s) and business address(es))*
ST. PAUL FIRE AND MARINE INSURANCE COMPANY
385 Washington Street, St. Paul, Minnesota 55102

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENT(S) |
|---|---|---|---|
| 6 | 233 | 629 | 00 |

CONTRACT DATE:
CONTRACT NO.: F08602-99-CK006

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | |
|---|---|---|---|
| Signature(s) | (Seal) | (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. |
|---|---|---|
| Signature(s) | (Seal) | (Seal) |
| Name(s) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | | | | |
|---|---|---|---|---|
| Name & Address | St. Paul Fire and Marine Insurance Co. 385 Washington Street, St. Paul, Minn. | STATE OF INC. Minn. | LIABILITY LIMIT $ 144,348,000 | Corporate Seal |
| Signature(s) | 1. [signature] | 2. | | |
| Name(s) & Title(s) (Typed) | 1. Glenn K. Arakaki Attorney-In-Fact | 2. | | |

NSN 7540-01-152-8061
PREVIOUS EDITION NOT USABLE
EXPIRATION DATE 12-31-92
25-205
STANDARD FORM 25-A (REV. 1-90)
Prescribed by GSA
FAR (48 CFR 53.228(c))

17505 Rev. 2-90 Printed in U.S.A.