IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | Case No. 03-1798C<br>(Chief Judge Damich) |

AFFIDAVIT OF MARC BROWN

EXHIBIT 2

The St Paul
Surety

Seaboard Surety Company
New York, New York
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company
St. Paul, Minnesota
Capital Stock Companies

# AGREEMENT OF INDEMNITY FOR SPECIFIC CONTRACT OR PROPOSAL BOND(S)

1. Full name of Principal
AMERICAN RENOVATION & CONSTRUCTION COMPANY
Address *(Street, City, State, Zip Code)*
3645 Camino Del Rio South, San Diego, CA 92108-4004

2. Amount of Bond
$ 6,233,629.00
☒ Final
☐ Proposal
Contract Price
$

3. Full Name of Obligee
DEPARTMENT OF THE AIR FORCE
Address *(Street, City, State, Zip Code)*
6TH AIR REFUELING WING (AMC) MACDILL AIR FORCE BASE, FLORIDA

4. Nature of Contract
CONTRACT NO. F08602-99-CK006, PROJECT NO. NVZR99-3702/00-3708

5. If bond is a Proposal will it operate as a final bond?

THE UNDERSIGNED PRINCIPAL AND INDEMNITORS (hereinafter collectively called the Undersigned) for the purpose of inducing SEABOARD SURETY COMPANY and/or ST. PAUL FIRE AND MARINE INSURANCE COMPANY and/or ST. PAUL GUARDIAN INSURANCE COMPANY and/or ST. PAUL MERCURY INSURANCE COMPANY (hereinafter called the Surety) to become surety on the bond or bonds identified above, and in consideration of its so doing, HEREBY JOINTLY AND SEVERALLY COVENANT AND AGREE with the Surety, its successors and assigns, as to said bond or bonds and as to all other bonds heretofore or hereafter executed or procured for or at the request of the Principal with respect to the project identified above, that:

1. The Surety may decline to issue a bond or bonds, and no claim shall be made against the Surety in consequence of its failure to execute such bond; nor shall any claim be made in case any bond executed be not accepted by or on behalf of the obligee.

2. If the Surety executes or has executed any such bond with co-sureties, or reinsures or has reinsured any portion thereof, or procures or has procured the execution of any such bond, the terms and conditions of this agreement shall be for the benefit of the Surety, the co-sureties, the reinsuring companies and the procured sureties, as their interest may appear.

3. They will pay in advance the premiums for such bond or bonds, and any additional premiums accruing in respect thereof, in accordance with the Surety's Manual of Rates applicable thereto.

4. They will indemnify the Surety and hold it harmless from and against any and all liability, losses, costs, damages, attorneys' fees, disbursements and expenses of whatever kind or nature which the Surety may sustain or incur by reason or in consequence of having executed or procured the execution of the bond or bonds aforementioned and/or which the Surety may sustain or incur in making any investigation, in settling any claims or in defending or prosecuting any actions, suits or other proceedings which may be made or brought under or in connection therewith, and/or in recovering or attempting to recover salvage or any unpaid bond premium, in obtaining or attempting to obtain release from liability, or in enforcing any of the covenants of this agreement; and they will pay over, reimburse and make good to the Surety, its successors or assigns, all money which the Surety or its representatives shall pay, or cause to be paid or become liable to pay, by reason of the execution of any such bond or bonds, such payment to be made to the Surety as soon as it shall become liable therefor, whether the Surety shall have paid out such sum or any part thereof, or not. The Surety, in its sole discretion, from time to time may advance funds for or in connection with the completion of the work under contract within the purview of this agreement, and for the discharge of obligations incurred in connection therewith or relating thereto, and such advances shall be deemed "losses" under the terms of this agreement.

5. They will hold all payments received for or on account of the contracts covered by such bond or bonds as a trust fund in which the Surety has an interest, for the payment of obligations incurred for labor, materials and services furnished to the Principal or to others in the prosecution of the work provided in such contracts or any extension or modification thereof.

6. They will, on the request of the Surety, procure the Surety's discharge, or the Surety may at any time take such steps as it may deem necessary or proper to procure its discharge, from any and all liability under said bond or bonds and the Surety shall, at its option, have the right to use the Principal's name and to assert all rights and privileges of the Principal and to be discharged from liability for the future default of the Principal, and to secure and further indemnify itself against loss, without waiving any rights it may have against the Undersigned.

bonds; and the obligees of such bonds hereby are authorized to furnish to the Surety, upon request, information concerning such contracts and t! work thereunder. The financial condition of the Principal being at all times a proper concern of the Surety, the Surety from time to time until its li bility under all such bonds is terminated may examine the books and records of the Principal.

8. All persons, firms, associations and corporations having information concerning the affairs and operations of the Undersigned hereby a authorized and directed to disclose such information to the Surety upon request; and the Surety, and every such person, firm, association and corpor tion hereby are released and discharged of any and all claims, liability and responsibility which they or any of them might otherwise incur or be su ject to for or by reason of any such disclosure or for or by reason of the disclosure by the Surety to others of any information obtained by it from a source whatsoever.

9. For the better protection and security of the Surety, the Undersigned, as of the date hereof, do hereby assign, transfer, and set over unto t Surety, all of their right, title and interest in and to all supplies, tools, plant, equipment, and materials (whether completely manufactured or no wherever located which have been or hereafter may be purchased, used, or acquired for use, entirely or partly, in the performance of the aforesa contracts, and also all of their rights in and to all subcontracts relating to said work which have been or hereafter may be made, together with t materials embraced therein, and all surety bonds securing the performance of, or the discharge of obligations incurred in connection with, such su contracts; and the Surety and its authorized representatives are authorized to take possession of said supplies, tools, plant, equipment, materials, su contracts and bonds, and enforce, use and enjoy the title thereto and the possession thereof in the event of any default on the part of the Principal the performance of any contract herein above referred to, failure of the Principal to promptly pay, satisfy and discharge any and all obligations whi might constitute possible claim under the bond or a charge or lien upon the contract funds or the owner's property, or any breach of the terms of th agreement.

10. In the event of any breach of, or delay or default in the performance of, any contract covered by any such bond or bonds, or failure of t Principal promptly to pay, satisfy and discharge any and all obligations which might constitute possible claim under any such bond or a lien or char upon any unpaid contract balance, or any breach of the terms of this agreement: (a) The Undersigned do hereby assign, transfer and set over unto t Surety, as of the date hereof, all of the right, title and interest of the Undersigned in and to all of the deferred payments and retained percentages, a any and all moneys and properties that may be, and that thereafter may become, due and payable to the Principal on account of, and all claims a actions and causes of action relating to, such contract or on account of or relating to extra work or materials supplied in connection therewith, a any and all other moneys or properties of the Principal, hereby agreeing that such money and the proceeds of such payments, properties, claim actions and causes of action shall be the sole property of the Surety to be by it credited upon any sum due or to become due the Surety under t terms of this agreement; and (b) the Surety, at its option and in its sole discretion, may take possession of all or any part of the work under any co tract covered by any such bond or bonds, and at the expense of the Undersigned complete, or cause the completion of, such work, or re-let, or conse to the re-letting or completion thereof; and in such event, may invite the Obligee, and the Obligee is authorized, to declare the Principal in defa under such contract, any provisions thereof to the contrary notwithstanding. Neither the Surety nor the Obligee shall incur any liability to any of t Undersigned in the exercise of the rights granted by this Section 10 (b), except for deliberate and willful malfeasance.

11. If it becomes necessary or advisable in the judgment of the Surety to control, administer, operate or manage any or all matters connect with the performance of any contract within the purview of this agreement for the purpose of attempting to minimize any ultimate loss to t Undersigned and the Surety, or for the purpose of discharging its obligations of suretyship, the Undersigned hereby expressly covenant and agree th such action on the part of the Surety shall be entirely within its rights and remedies under the terms of this agreement and as Surety, and do here fully release and discharge the Surety, in this connection, from liability for all actions taken by it or for its omissions to act, except for deliberate a willful malfeasance.

12. If the Surety shall deem it necessary to set up a reserve in any amount to cover any contingent claim or claims, loss, costs, attorney's fe and disbursements and/or expenses in connection with any such bond or bonds by reason of default of the Principal, abandonment of contract, lie filed, unpaid and past due bills, dispute with the owner or obligee, or for any reason whatsoever, and regardless of any proceedings contemplated taken by the Principal or the pendency of any appeal, the Undersigned, within ten (10) days after receipt of written demand, as evidenced by regis return receipt, will deposit with the Surety current funds in an amount sufficient to cover such reserve and any increase thereof, such funds to be he by the Surety as collateral, in addition to the indemnity afforded by this instrument, with the right to use such funds or any part thereof, at any tim in payment or compromise of any judgment, claims, liability, loss, damage, attorney's fees and disbursements or other expenses; and if the Surety required to enforce performance of this covenant by action at law or in equity, the costs, charges, and expenses, including attorneys' fees, which may thereby incur, shall be included in such action and paid by the Undersigned. Demand shall be sufficient if sent by registered mail to t Undersigned at the address given herein or last known to the Surety.

13. The Surety shall have the exclusive right for itself, and for the Principal, to determine whether any claim, suit, action, order, judgment adjudication, made or brought against the Surety and/or the Principal on any such bond, or any claim or action or cause of action assigned to t Surety under Section 10 (a) of this agreement, shall be paid, compromised, tried or appealed, and its decision shall be final, conclusive and bindi upon the Undersigned.

14. In the event of a breach of any of the covenants of this agreement, the Undersigned and each of them authorize and empower any attorn of any State of the United States, the District of Columbia, or any territory or possession thereof, on behalf of the Surety and upon filing in any co of competent jurisdiction a copy of this agreement duly certified as correct by an officer of the Surety, to appear for the Undersigned and each them, and confess judgment against the Undersigned, for any sum or sums of money up to the amount of any bond or bonds within the purview this agreement, with costs, interest and attorneys' fees; this authority to continue until the Surety's liability under such bond or bonds shall ha wholly terminated and the Surety has been fully reimbursed for all loss, costs, expenses and attorneys' fees, incurred or sustained in connection ther with and with this agreement. Whenever the laws of the applicable jurisdiction shall provide a method for confession of judgment to which the autho ty hereby given will not apply, the Undersigned will execute upon the Surety's demand such papers as will carry into effect the entry of judgment confession as above agreed against the Undersigned. Whenever the laws of the applicable jurisdiction do not provide a method for the confession judgment, the Undersigned hereby authorize and empower any attorney in the applicable jurisdiction to accept service of process and enter an appe ance for and on behalf of the Undersigned, in connection with any action, suit or proceedings instituted by the Surety in any Court of competent jur diction, in the applicable jurisdiction, concerning or relating in any way to this agreement, or to the contracts or bond or bonds mentioned herein.

15. In any action, suit or proceeding brought by the Surety to enforce any of the covenants of this agreement, the costs and expenses, includi attorneys' fees, incurred by the Surety in connection therewith may be included in any judgment or decree rendered against the Undersigne Separate suits against one or more of the Undersigned may be brought hereunder as causes of action accrue, and the bringing of suit, or the recove of judgment upon any cause of action, shall not prejudice or bar the bringing of other suits upon other causes of action, whether theretofore or the after arising.

## INDIVIDUAL ACKNOWLEDGMENT

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me personally appeared ______________________________

______________________________________________________________, to me known to be the person(s) described in ar who executed the foregoing instrument, and acknowledged that he (or they) executed the same as his (or their) free act and deed.

______________________________
Notary Public

## CORPORATE ACKNOWLEDGMENTS

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________

to me personally known, who, being by me duly sworn, did say that he is the ____________________ of ______________________

____________________________________________ and that the seal affixed to said instrument is the corporate seal of said corporatior and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ______________

__________________________ acknowledged said instrument to be the free act and deed of said corporation.

______________________________
Notary Public

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________

to me personally known, who, being by me duly sworn, did say that he is the ____________________ of ______________________

____________________________________________ and that the seal affixed to said instrument is the corporate seal of said corporatior and that said instrument was signed and sealed in behalf of said corpporation by authority of its Board of Directors, and said ______________

__________________________ acknowledged said instrument to be the free act and deed of said corporation.

______________________________
Notary Public

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________

to me personally known, who, being by me duly sworn, did say that he is the ____________________ of ______________________

____________________________________________ and that the seal affixed to said instrument is the corporate seal of said corporatioı and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ______________

__________________________ acknowledged said instrument to be the free act and deed of said corporation.

______________________________
Notary Public

## PARTNERSHIP ACKNOWLEDGMENT

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________

______________________________________________________________, to me known and known to me to be tł person who executed the above instrument, who being duly sworn by me, did for himself depose and say that he is a member of the firm ‹

______________________________________________________________, consisting of himself an

______________________________________________________________, and that he execute

the foregoing instrument in the firm name of ______________________________________________
and that he had authority to sign same, and he did duly acknowledge to me that he executed the same as the act and deed of said firm ‹

______________________________________________________________
for the uses and purposes mentioned therein.

______________________________
Notary Public

AMENDMENT 1

TO BE ATTACHED TO AND FORM PART OF AGREEMENT OF INDEMNITY FOR SPECIFIC CONTRACT OR PROPOSAL BONDS DATED THIS 20TH DAY OF APRIL 1999.

INDEMNITORS(S)

BY: ______________________________
Ivan Velasquez, Individually

SOLPAC, INC.

BY: ______________________________
Stephen W. Thompson, President

## INDIVIDUAL ACKNOWLEDGMENT

te of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me personally appeared ______________________________

______________________________________________________________, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he (or they) executed the same as his (or their) free act and deed.

______________________________
Notary Public

## CORPORATE ACKNOWLEDGMENTS

State of CALIFORNIA, County of SAN DIEGO, ss.

On this 26 day of APRIL, 19 99, before me appeared IVAN VELASQUEZ to me personally known, who, being by me duly sworn, did say that he is the PRESIDENT of AMERICAN RENOVATION & CONSTRUCTION CO., INC. and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said PRESIDENT acknowledged said instrument to be the free act and deed of said corporation.

______________________________
Notary Public

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________ to me personally known, who, being by me duly sworn, did say that he is the __________________ of ______________________________ ____________________________________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said __________________ ______________________ acknowledged said instrument to be the free act and deed of said corporation.

______________________________
Notary Public

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________ to me personally known, who, being by me duly sworn, did say that he is the __________________ of ______________________________ ____________________________________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said __________________ ______________________ acknowledged said instrument to be the free act and deed of said corporation.

______________________________
Notary Public

## PARTNERSHIP ACKNOWLEDGMENT

State of ______________________, County of ______________________, ss.

On this __________ day of __________________, 19_____, before me appeared ______________________________

______________________________________________________________, to me known and known to me to be the person who executed the above instrument, who being duly sworn by me, did for himself depose and say that he is a member of the firm of ______________________________________________________________, consisting of himself and ______________________________________________________________, and that he executed the foregoing instrument in the firm name of ______________________________________________ and that he had authority to sign same, and he did duly acknowledge to me that he executed the same as the act and deed of said firm of ______________________________________________ or the uses and purposes mentioned therein.

______________________________
Notary Public

INDIVIDUAL ACKNOWLEDGMENT

State of ~~CALIFORNIA~~, County of ~~SAN DIEGO~~, ss.

On this 26 day of APRIL, 19 99, before me personally appeared ANTONY DETHLOFF ________, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he (or they) executed the same as his (or their) free act and deed.

Notary Public

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

CORPORATE ACKNOWLEDGMENTS

State of ________, County of ________, ss.

On this ______ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ ________ acknowledged said instrument to be the free act and deed of said corporation.

________
Notary Public

State of ________, County of ________, ss.

On this ______ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ ________ acknowledged said instrument to be the free act and deed of said corporation.

________
Notary Public

State of ________, County of ________, ss.

On this ______ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ ________ acknowledged said instrument to be the free act and deed of said corporation.

________
Notary Public

PARTNERSHIP ACKNOWLEDGMENT

State of ________, County of ________, ss.

On this ______ day of ________, 19___, before me appeared ________ ________, to me known and known to me to be the person who executed the above instrument, who being duly sworn by me, did for himself depose and say that he is a member of the firm of ________, consisting of himself and ________, and that he executed the foregoing instrument in the firm name of ________ and that he had authority to sign same, and he did duly acknowledge to me that he executed the same as the act and deed of said firm of ________ for the uses and purposes mentioned therein.

________
Notary Public

## INDIVIDUAL ACKNOWLEDGMENT

State of CALIFORNIA, County of SAN DIEGO, ss.

On this 26 day of APRIL, 1999, before me personally appeared FRANCIS TODD, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he (or they) executed the same as his (or their) free act and deed.

Notary Public

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

## CORPORATE ACKNOWLEDGMENTS

State of ________, County of ________, ss.

On this ____ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ acknowledged said instrument to be the free act and deed of said corporation.

Notary Public

State of ________, County of ________, ss.

On this ____ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ acknowledged said instrument to be the free act and deed of said corporation.

Notary Public

State of ________, County of ________, ss.

On this ____ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ acknowledged said instrument to be the free act and deed of said corporation.

Notary Public

## PARTNERSHIP ACKNOWLEDGMENT

State of ________, County of ________, ss.

On this ____ day of ________, 19___, before me appeared ________, to me known and known to me to be the person who executed the above instrument, who being duly sworn by me, did for himself depose and say that he is a member of the firm of ________, consisting of himself and ________, and that he executed the foregoing instrument in the firm name of ________ and that he had authority to sign same, and he did duly acknowledge to me that he executed the same as the act and deed of said firm of ________ for the uses and purposes mentioned therein.

Notary Public

## INDIVIDUAL ACKNOWLEDGMENT

State of CALIFORNIA, County of SAN DIEGO, ss.

On this 26 day of APRIL, 19 99, before me personally appeared ANTHONY JEMISON

_______________, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he (or they) executed the same as his (or their) free act and deed.

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

## CORPORATE ACKNOWLEDGMENTS

State of _______________, County of _______________, ss.

On this _______ day of _______________, 19_____, before me appeared _______________

to me personally known, who, being by me duly sworn, did say that he is the _______________ of _______________

_______________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said _______________

_______________ acknowledged said instrument to be the free act and deed of said corporation.

_______________
Notary Public

State of _______________, County of _______________, ss.

On this _______ day of _______________, 19_____, before me appeared _______________

to me personally known, who, being by me duly sworn, did say that he is the _______________ of _______________

_______________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said _______________

_______________ acknowledged said instrument to be the free act and deed of said corporation.

_______________
Notary Public

State of _______________, County of _______________, ss.

On this _______ day of _______________, 19_____, before me appeared _______________

to me personally known, who, being by me duly sworn, did say that he is the _______________ of _______________

_______________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said _______________

_______________ acknowledged said instrument to be the free act and deed of said corporation.

_______________
Notary Public

## PARTNERSHIP ACKNOWLEDGMENT

State of _______________, County of _______________, ss.

On this _______ day of _______________, 19_____, before me appeared _______________

_______________, to me known and known to me to be the person who executed the above instrument, who being duly sworn by me, did for himself depose and say that he is a member of the firm of

_______________, consisting of himself and

_______________, and that he executed the foregoing instrument in the firm name of _______________

and that he had authority to sign same, and he did duly acknowledge to me that he executed the same as the act and deed of said firm of

_______________ for the uses and purposes mentioned therein.

_______________
Notary Public

## INDIVIDUAL ACKNOWLEDGMENT

State of CALIFRONIA, County of SAN DIEGO, ss.

On this 26 day of APRIL, 19___, before me personally appeared KIMBERLY MCMAHON to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he (or they) executed the same as his (or their) free act and deed.

Notary Public

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

## CORPORATE ACKNOWLEDGMENTS

State of ________, County of ________, ss.

On this _____ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ acknowledged said instrument to be the free act and deed of said corporation.

Notary Public

State of ________, County of ________, ss.

On this _____ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ acknowledged said instrument to be the free act and deed of said corporation.

Notary Public

State of ________, County of ________, ss.

On this _____ day of ________, 19___, before me appeared ________ to me personally known, who, being by me duly sworn, did say that he is the ________ of ________ and that the seal affixed to said instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said ________ acknowledged said instrument to be the free act and deed of said corporation.

Notary Public

## PARTNERSHIP ACKNOWLEDGMENT

State of ________, County of ________, ss.

On this _____ day of ________, 19___, before me appeared ________, to me known and known to me to be the person who executed the above instrument, who being duly sworn by me, did for himself depose and say that he is a member of the firm of ________, consisting of himself and ________, and that he executed the foregoing instrument in the firm name of ________ and that he had authority to sign same, and he did duly acknowledge to me that he executed the same as the act and deed of said firm of ________ for the uses and purposes mentioned therein.

Notary Public

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of California

County of San Diego

On April 26, 1999 before me, DeAnna M. Hawks Notary Public
DATE — NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared Ivan Velasquez,
NAME(S) OF SIGNER(S)

☑ personally known to me - **OR** - ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

WITNESS my hand and official seal.

[signature]
SIGNATURE OF NOTARY

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

☑ INDIVIDUAL
☐ CORPORATE OFFICER

TITLE(S)

☐ PARTNER(S) ☐ LIMITED ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER:

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

### DESCRIPTION OF ATTACHED DOCUMENT

TITLE OR TYPE OF DOCUMENT

NUMBER OF PAGES

DATE OF DOCUMENT

SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of California

County of San Diego

On April 26, 1999 before me, DeAnna M. Hawks, Notary Public
DATE — NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared Stephen W. Thompson,
NAME(S) OF SIGNER(S)

☑ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

DE ANNA M. HAWKS
COMM. # 1167369
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires Jan. 20, 2002

WITNESS my hand and official seal.

[signature]
SIGNATURE OF NOTARY

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☑ CORPORATE OFFICER
President
TITLE(S)
☐ PARTNER(S) ☐ LIMITED ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: ______

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

### DESCRIPTION OF ATTACHED DOCUMENT

TITLE OR TYPE OF DOCUMENT

NUMBER OF PAGES

DATE OF DOCUMENT

SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184