IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | Case No. 03-1798C<br>(Chief Judge Damich) |

AFFIDAVIT OF MARC BROWN

EXHIBIT 3

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 3 |
| 2. AMENDMENT/MODIFICATION NO. | |
| 3. EFFECTIVE DATE | 22-Jun-2001 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE F08602 | 6TH CONTRACTING SQUADRON<br>2606 BROWN PELICAN AVE<br>MACDILL AFB, FL 33621-5000 |
| 7. ADMINISTERED BY (If other than item 6) CODE | See Item 6 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | AMERICAN RENOVATION & CONSTRUCTION CO.<br>3645 CAMINO DEL RIO SOUTH<br>SAN DIEGO, CA 92108-4004 |
| CODE | 1GHG36T |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | F08602-99-C-K006 |
| X 10B. DATED (SEE ITEM 13) | 31-Mar-1999 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
52.232-23 -- Assignment of Claims.

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return copies to the issuing office.

52.232-23 -- Assignment of Claims (Jan 86)

## 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification Is to include the Assignment of Claims, dated 12 June 2001.

1. The assignment sign by Tony Dethloff, President; Blanche Richardson, Secretary; and notarized by Belinda M Silvas is hereby incorprated.

2. The appropriate signatures were verified by the submittal of the "action by unanimous written consent of the board of directors of American Renovation & Construction Company" dated December 21, 1999.

3. All other terms and condition remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | BENJAMIN KOSSES / CHIEF, PLANS AND PROGRAMS FLIG |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | |
| 15C. DATE SIGNED | |
| 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | [signature] |
| 16C. DATE SIGNED | 22-Jun-2001 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F08602-99-C-K006-P00014 | PAGE 2 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
AMERICAN RENOVATION & CONSTRUCTION CO.

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F08602-99-C-K006-P00014 | PAGE<br>3 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
AMERICAN RENOVATION & CONSTRUCTION CO.

Changes in Section 00800

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is increased by $0.00 from $15,737,915.67 to $15,737,915.67

# Notice of Assignment

To: Department of the Air Force
6th Contracting Squadron/LGCC, 2606 Brown Pelican Avenue
MacDill Air Force Base, FL 33621-5000
Attn: Mike Ganos, Contracting Officer

This has reference to Contract No. F08602-99-CK006 (Bond No. KA632999) entered into between American Renovation and Construction Company, 3645 Camino Del Rio South, San Diego, California 92108-4004 and Department of the Air Force, 6th Contracting Squadron/LGCC, 2606 Brown Pelican Avenue, MacDill Air Force Base, FL 33621-5000, for Construction of JNCO Family Housing Units, Phases III and IV. This also has reference to an ACH Vendor/Miscellaneous Payment Enrollment Form regarding Contract No. F08602-99-CK006.

Moneys due or to become due under the contract described above have been assigned to the undersigned under the provisions of the Assignment of Claims Act of 1940, as amended 31 U.S.C. 3727, 41 U.S.C. 15.

A true copy of the instrument of assignment executed by the Contractor on June 13, 2001, is attached to the original notice. Also attached is a copy of the Enrollment form executed by the Assignee on June 12, 2001.

Payments due or to become due under this contract should be made to the undersigned assignee. Please return to the undersigned the three enclosed copies of this notice with appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,

FIRST UNION NATIONAL BANK

By: ______________________
Greta Wright, Vice President

First Union National Bank
Corporate Trust Department
2525 West End Avenue, Suite 1200
Nashville, Tennessee 37203

Acknowledgment

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received 1100 (a.m.) (p.m.) on 19 June, 2001.

By: Michael C. Evans
Title: Contracting Officer

On behalf of:
Department of the Air Force
6th Contracting Squadron/LGCC
2606 Brown Pelican Avenue
MacDill Air Force Base, FL 33621-5000

cc: The St. Paul Companies

# ASSIGNMENT

FOR VALUE RECEIVED, the undersigned, American Renovation & Construction Company, hereinafter called Assignor, hereby assigns, transfers and sets over to First Union National Bank, a national banking association, hereinafter called Collateral Agent, all Contract Funds of any nature, including, but not limited to, progress payments, earned or unearned funds, change orders, extras, claims of any nature, retainages, whether held in escrow accounts, Certificates of Deposit, or similar accounts or instruments, with all the interest accruing thereon, and whether said Contract Funds are due now or in the future under the following described contract:

| | |
|---|---|
| Obligee: | United States Air Force |
| Bond No.: | KA632999 |
| Project: | Construction of JNCO Family Housing Units, Phases III and IV, MacDill AFB, FL (#F08602-99-CK006) |

Monies due or to become due under the contract described above have been assigned to First Union National Bank under the provisions of the Assignment of Claims Act of 1940, as amended 31 U.S.C. 3727, 41 U.P.S.C. 15. Any and all moneys or payments that may be received by the Assignor to which the Collateral Agent is entitled under and by reason of this Assignment will be received by Assignor as trustee for the Collateral Agent and will be immediately delivered in kind to Collateral Agent without commingling. Assignor hereby represents and warrants to the Collateral Agent that the moneys above have not heretofore been alienated or assigned.

This Assignment is irrevocable and shall remain in full force and effect until its release in writing by Collateral Agent. Notice of this Assignment may be given at the option of the Collateral Agent. That the general nature of the business out of which such accounts arise or are to arise is construction. This Assignment and all related documents are in furtherance of the Collateral Agent's right of subrogation and Continuing Agreement of Indemnity and not in derogation thereof.

IN WITNESS WHEREOF, the Assignor has caused its name to be subscribed hereto this 13th day of June, 2001.

AMERICAN RENOVATION &
CONSTRUCTION COMPANY

By: [signature]

Title: PRESIDENT

ATTESTED TO:

By: Blanche Richardson
Secretary

SUBSCRIBED AND SWORN to before me this 13th day of June, 2001.

BELINDA M. SILVAS
Commission # 1247891
Notary Public - California
San Diego County
My Comm. Expires Dec 30, 2003

Belinda M. Silvas
Notary Public in and for the State of
California

Residing at County of San Diego

My Commission Expires: Dec. 30, 2003

Receipt of the Assignment and a copy thereof are hereby acknowledged. These were received on ____________________, 2001.

[Obligee]

By: ____________________

Receipt of the Assignment and a copy thereof are hereby acknowledged. These were received on ____________________, 2001.

[Bank, if retainage held in escrow account or CD's]

By: ____________________