**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY, Plaintiff,** <br> **v.** <br> **CLASSICAL FINANCIAL SERVICES, LLC, Intervenor Plaintiff,** <br> **v.** <br> **UNITED STATES, Defendant.** | **Case No. 03-1798C** <br> **(Chief Judge Damich)** |

**MOTION FOR LEAVE TO CORRECT**
**ST. PAUL FIRE & MARINE INSURANCE COMPANY'S**
**MOTION TO INTERVENE AS PLAINTIFF**

COMES NOW the Intervenor-Applicant, St. Paul Fire & Marine Insurance Company ("St. Paul"), by counsel, and respectfully moves the Court for leave to correct St. Paul's Motion to Intervene as Plaintiff filed on May 17, 2005, by attaching a proposed Intervenor's Complaint, pursuant to RCFC Rule 24(c). A copy of the proposed Intervenor's Complaint is attached herewith. In support of this motion for leave to correct, St. Paul states that the proposed Intervenor's Complaint was inadvertently omitted from the filing on May 17, 2005.

Plaintiff, American Renovation & Construction Company, and Defendant, United States, by respective counsel, have authorized the undersigned to represent that the parties do not oppose St. Paul's motion.

Respectfully submitted this 1st day of June 2005.

ST. PAUL FIRE & MARINE INSURANCE COMPANY

By Counsel:
s/- Robert G. Watt
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
rwatt@wthf.com

Of Counsel:
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
hmirchan@wthf.com

## CERTIFICATE OF FILING

I hereby certify that on June 1, 2005, a copy of St. Paul's Motion for Leave to Correct its Motion to Intervene as Plaintiff and the proposed Intervenor's Complaint were filed electronically. I understand that a copy of the same will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert G. Watt