**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| **Plaintiff,** | **Case No. 03-1798C (Chief Judge Damich)** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**UNOPPOSED JOINT MOTION FOR AN ENLARGMENT OF TIME**
**TO RESPOND TO INTERVENOR CLASSICAL FINANCIAL'S COMPLAINT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC") and the Defendant, the United States, by counsel, and pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), jointly move for an enlargement of time of 30 days, from July 5 until August 4, 2005, to file their respective responses to the Complaint of Intervenor Classical Financial Services, LLC ("Classical"), stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States, filed its Answer on November 25, 2003.

3. Classical filed an Intervenor's Complaint on May 6, 2005.

4. On May 17, 2005, St. Paul Fire and Marine Insurance Company ("St. Paul") moved to intervene as a Plaintiff in the lawsuit and on June 1, 2005,

St. Paul moved to amend/correct its motion to intervene. The Court has not ruled on St. Paul's Motion to Intervene at this time.

5. Pursuant to RCFC Rule 12, the Court's Order dated April 28, 2005 (Docket #41), and the Clerk's Docket Entry #42, Plaintiff, ARC, and Defendant, the United States, were required to file their respective responsive pleadings to Classical's Complaint on or before July 5, 2005.

6. St. Paul, ARC, the United States, and Classical, by counsel, have initiated discussions to attempt an amicable resolution of the issues in this lawsuit.

7. In order to facilitate further discussions between the parties, ARC and the United States jointly seek an enlargement of time by 30 days to file their respective responses to Classical's Complaint

8. Respective counsel for the United States and ARC have discussed this motion with counsel for Classical and represent that Classical does not oppose the enlargement of time requested herein.[1]

9. This is the first request by ARC and the United States for an enlargement of time for this purpose.

---

[1] The current attorney of record for Classical is William Collins. Defendant's counsel recently contacted Mr. Collins to discuss the status of the settlement and left a message when Mr. Collins was unavailable. Defendant's counsel was subsequently contacted by attorney T.J. Frasier of the Robertson Group. Ms. Frasier stated she would be filing an entry of appearance upon behalf of Classical and would otherwise be assuming responsibility for the representation of Classical in this matter.

WHEREFORE, ARC and United States respectively request the Court for an enlargement of time of 30 days, until August 4, 2005, to file their respective responses to Classical's Complaint.

Respectfully submitted,

HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff

DATED: July 5, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O’Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624
Attorneys for Defendant
DATED: July 5, 2005

CERTIFICATE OF FILING

I hereby certify that on July 5, 2005, a copy of the foregoing Unopposed Joint Motion for Enlargement of Time to Respond to Intervenor Classical's Complaint was filed electronically. I understand that a copy of the Unopposed Joint Motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell