# In the United States Court of Federal Claims

No. 03-1798C
(Filed: July 13, 2005)

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | * |
| Plaintiff, | * |
| **CLASSICAL FINANCIAL SERVICES, LLC,** | * |
| Intervenor, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On May 17, 2005, a Motion to Intervene was filed by St. Paul Fire & Marine Insurance Co. ("St. Paul"), seeking intervention in order to protect its alleged interest in the subject matter of this lawsuit. The original Motion failed to include an Intervenor's Complaint. St. Paul recognized this deficiency, and requested leave to file an amended Motion to Intervene that included the required Intervenor's Complaint. On June 6, 2005, the Court issued an order granting St. Paul leave to file the amended Motion to Intervene, and further ordered that any response to the Motion to Intervene be filed by June 22, 2005. No response was filed.

Although the Motion to Intervene was not opposed, the Court must still be satisfied that St. Paul meets the requirements for intervention as provided in RCFC 24. Having considered St. Paul's arguments in favor of intervention, the Court concludes that St. Paul is entitled to intervene as a matter of right under RCFC 24(a). Accordingly, the Court hereby GRANTS the Motion to Intervene.

s/ Edward J. Damich
Edward J. Damich
Chief Judge