IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN RENOVATION AND CONSTRUCTION COMPANY,

Plaintiff,

v.

CLASSICAL FINANCIAL SERVICES, LLC,

Intervenor,

v.

UNITED STATES OF AMERICA,

Defendant.

NO. 1:03-CV-01798-EJD
(Chief Judge Edward Damich)

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

COMES NOW Intervenor Plaintiff Classical Financial Services, LLC ("Classical Financial" or "Intervenor"), by and through its undersigned counsel, and pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, hereby moves this Court for leave to substitute its "Attorney of Record" to the following:

T. J. Frasier
The Robertson Group
5216 S. W. 91 Drive
Gainesville, Florida 32608
Telephone Number (352)373-9031
Facsimile Number (352)373-9099

An "Affidavit of Appointment," as required by the Rules of the Court of Claims, is attached hereto and the endorsement of Classical Financial's previous Attorney of Record, William C. Collins, Jr., of Burr & Forman, LLP, is recorded herewith. Intervenor Plaintiff further moves for

leave to designate Peter Robertson of The Robertson Group as "Of Counsel" for Classical Financial.

WHEREFORE, Classical Financial respectfully requests this Court to grant leave to substitute its "Attorney of Record" to T. J. Frasier and that Peter Robertson be designated Of Counsel.

Respectfully submitted this 13th day of July, 2005.

s/

T. J. Frasier
The Robertson Group
5216 S. W. 91 Drive
Gainesville, Florida 32608
Telephone Number (352)373-9031
Facsimile Number (352)373-9099
Counsel for Intervenor Plaintiff
Classical Financial Services, LLC

Of Counsel:

s/

Peter A. Robertson
The Robertson Group
5216 S. W. 91 Drive
Gainesville, Florida 32608
Telephone Number (352)373-9031
Facsimile Number (352)373-9099

Endorsement by Previous Attorney of Record:

s/

William C. Collins, Jr.
Burr & Forman LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
Telephone Number (404) 815-3000
Facsimile Number (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this 13th day of July, 2005.

Harish Chellaram Mirchandani
Watt, Tieder, Hoffar & Fitcgerals, LLP
7929 West Park Drive, Suite 400
McLean, VA 22102

Michael N. O'Connell, Jr.
U. S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., A Floor
Washington, DC 20530

s/
T. J. Frasier

The Robertson Group
5216 S. W. 91 Drive
Gainesville, Florida 32608
Telephone Number (352)373-9031
Facsimile Number (352)373-9099