IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CLASSICAL FINANCIAL SERVICES, LLC,<br><br>Intervenor,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 1:03-CV-01798-EJD<br>(Chief Judge Edward Damich) |

**AFFIDAVIT OF T. J. FRASIER**

STATE OF FLORIDA
COUNTY OF ALACHUA

Before me, the undersigned officer, personally appeared T. J. Frasier, who, being by me duly sworn, deposes and states as follows:

1. I, T. J. Frasier, am an attorney practicing at The Robertson Group law firm, and I am a member of the bar of this Court.

2. I have been appointed by Intervenor Plaintiff Classical Financial Services, LLC ("Classical Financial") to represent its interests.

3. The Robertson Group law firm has been retained to act on behalf of Intervenor Plaintiff Classical Financial in the present matter.

4. William C. Collins, Jr. of Burr & Forman LLP was previously Attorney of Record for Classical Financial in this matter and has provided his consent to this substitution.

5. I hereby request that I be substituted as Attorney of Record for Classical Financial in this action and that Peter Robertson, of the Robertson Group, be designated Of Counsel for Classical Financial.

This 13th day of July, 2005.

s/ T. J. Frasier
T. J. Frasier

Sworn to and subscribed before
me this 13th day of July, 2005.

s/ Janet A. Hale
Notary Public

My Commission Expires: 01/26/08
Commission # DD0277708