**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| **Plaintiff,** | **Case No. 03-1798C (Chief Judge Damich)** |
| **v.** | |
| **CLASSICAL FINANCIAL SERVICES, LLC, Intervenor Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**SECOND UNOPPOSED JOINT MOTION FOR ENLARGMENT OF TIME TO RESPOND TO INTERVENOR CLASSICAL FINANCIAL'S COMPLAINT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC") and the Defendant, the United States, by counsel, and pursuant to RCFC Rule 6.1, jointly move for enlargement of time by 21 days, until August 25, 2005, to file their respective responses to Intervenor Classical Financial Services, LLC's ("Classical") Complaint, stating as follows:

1. Plaintiff, ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, United States, filed its Answer on November 25, 2003.

3. Classical, filed an Intervenor's Complaint on May 6, 2005.

4. On July 13, 2005, the Court granted St. Paul Fire and Marine Insurance Company's ("St. Paul") motion to intervene as a matter of right under RCFC 24(a).

5. Pursuant to RCFC Rule 12, the Court's Order dated April 28, 2005 (Docket #41), and the Clerk's Docket Entry #42, Plaintiff, ARC, and Defendant, United States, were required to file their respective responsive pleadings on or before July 5, 2005.

6. On July 12, 2005, the Court granted ARC's and the United States' unopposed joint motion for enlargement of time to file their respective responsive pleadings on or before August 4, 2005.

7. As of the date of this Joint Motion, St. Paul, ARC, United States and Classical, by counsel, continue to discuss means to reach an amicable resolution of the issues in this lawsuit. However, it appears unlikely that the matter can be resolved fully before August 4, 2005.

8. ARC and United States jointly seek an enlargement of time by 21 days to file their respective responses to Intervenor Classical's Complaint. If the Court grants this motion, ARC and United States will each respond separately on or before August 25, 2005.

9. This is the parties' second joint motion for enlargement of time and respective counsel for United States and ARC represent that this motion is not filed for any improper purpose.

10. Respective counsel for United States and ARC have discussed this motion with counsel for Classical and represent that Classical does not oppose the enlargement of time requested herein.

WHEREFORE, ARC and United States respectively request the Court for an enlargement of time by 21 days, until August 25, 2005, to file their respective responses to Intervenor Classical's Complaint.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff

DATED: August 2, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

Attorneys for Defendant
DATED: August 2, 2005

## CERTIFICATE OF FILING

I hereby certify that on August 2, 2005, a copy of the foregoing Second Unopposed Joint Motion for Enlargement of Time to Respond to Intervenor Classical's Complaint was filed electronically. I understand that a copy of the Unopposed Motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Pursuant to the Court's Standard Special Procedures Order (Docket #4), ¶4.a., a copy of this Joint Motion was also sent by facsimile to chambers.

s/ Michael N. O'Connell