**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **v.** | ) | |
| **CLASSICAL FINANCIAL SERVICES, LLC, Intervenor Plaintiff,** | ) | |
| **v.** | ) | |
| **UNITED STATES** | ) | |
| **Defendant** | ) | |

**PLAINTIFF ARC'S MOTION TO DISMISS INTERVENOR CLASSICAL FINANCIAL'S COMPLAINT**

COMES NOW the Plaintiff, American Renovation & Construction Company ("ARC"), by counsel, and pursuant to RCFC Rule 12(b), moves for dismissal of Intervenor Classical Financial Services, LLC's ("Classical") Complaint for failure to state a claim upon which relief can be granted because St. Paul Fire & Marine Insurance Company ("St. Paul"), the Performance Bond surety that completed the Contract at issue in this case, asserts competing and superior rights to the remaining Contract proceeds, as a matter of law, pursuant to St. Paul's equitable subrogation, indemnification, assignment and contractual rights.

ARC's grounds in support of this motion are set forth in the accompanying Memorandum.

WHEREFORE, Plaintiff ARC respectively requests the Court for an order dismissing Intervenor Classical's Complaint.

Respectfully submitted this 24th day of August 2005.

AMERICAN RENOVATION AND
CONSTRUCTION COMPANY

By Counsel:

s/- Harish Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
hmirchan@wthf.com

Of Counsel:

ROBERT G. WATT, ESQ.
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Ph: (703) 749-1000
Fax: (703) 893-8029
rwatt@wthf.com

CERTIFICATE OF FILING

I hereby certify that on August 24, 2005, a copy of the foregoing Motion to Dismiss Intervenor Classical's Complaint, supporting Memorandum and Appendix, was filed electronically. I understand that a copy of the Motion, Memorandum and Appendix will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harish Mirchandani