# TABLE OF CONTENTS


| | | | Page |
|---|---|---|---|
| QUESTIONS PRESENTED | | | 1 |
| STATEMENT OF MATERIAL FACTS | | | 2 |
| ARGUMENT | | | 3 |
| I. | STANDARD OF REVIEW | | 3 |
| II. | ANALYSIS | | 4 |
| | A. | The Court Has Already Rejected Classical's Claim Under the A&S Agreement Because it Did Not Cover the Contract at Issue in This Case | 5 |
| | B. | The Court Must Dismiss Classical's Claim Under The September 1999 Instrument of Assignment Because, as a Matter of Law, St. Paul's Competing and Superior Rights to the Contract Proceeds, Under the Doctrine of Equitable Subrogation, Indemnification and Assignment, Had Previously Accrued as of April 20, 1999 | 5 |
| | C. | The Court Must Dismiss Classical's Claim Under The August 31, 2004 Judgment Because the Contract Receivables Are Not Part of ARC's Available Assets Due to St. Paul's Pre-existing and Superior Rights, as a Matter of Law, Under the Doctrine of Equitable Subrogation, Indemnification, Assignment and St. Paul's August 2002 Takeover Agreement to Complete the Project | 8 |

## TABLE OF AUTHORITIES

## CASES

Adams v. United States, 391 F.3d 1212 (Fed.Cir. 2004)....4

Aetna Insurance Co. v. Poole and Kent Co., 303 F. Supp. 963 (S.D.Fla 1969)....6

Boyle v. United States, 200 F.3d 1369 (Fed.Cir. 2000)....4

Centex-Simpson Const. Co. v. Fidelity & Deposit Co. of Maryland, 795 F. Supp. 35 (D.Me. 1992)....6-9

Detroit Edison Co. v. United States, 56 Fed. Cl. 299 (2003), *citing* Advanced Cardiovascular System, Inc. v. Scimed life System, 988 F.2d 1157 (Fed.Cir. 1993)....3

Federal Insurance Co. v. Constructora Maza, Inc., 500 F. Supp. 246 (D.P.R. 1979)....6

Framingham Trust Company v. Gould-National Batteries, Inc., 427 F.2d 856 (1st Cir. 1970)....6

Hardin County Savings Bank v. United States, 65 F. Supp. 1017 (Ct.Cl. 1946)....10

Holland v. United States, 59 Fed. Cl. 735 (2004)....4

Id. quoting National Surety Corp. v. U.S., 319 F. Supp. 45 (N.D.Ala.1970)....7,8

Insurance Co. of the West v. U.S., 243 F.3d 1367 (Fed.Cir. 2001)....6

Insurance Co. of the West v. U.S., 55 Fed. Cl. 529 (2003)....6

National Shawmut Bank v. New Amsterdam Casualty Co., 411 F.2d 843 (1st Cir. 1969)....6,7

New York Life Insurance Co. v. United States, 190 F.3d 1372 (Fed.Cir. 1999)....4

PI Electronics Corp. v. United States, 55 Fed. Cl. 279 (2003)....4

Perez v. United States, 156 F.3d 1366 (Fed.Cir. 1998)....4

Preferred National Insurance Co. v. U.S., 54 Fed. Cl. 600 (2002) .................................. 6,9

Schickler, TMD U.S.A., Inc. v. United States, 54 Fed. Cl. 264 (2002) .......................... 4,5

Security Insurance Co. v. United States, 428 F.2d 838 (Cl.Ct. 1970) ................................ 9

Southfork System Inc. v. United States, 141 F.3d 1124 (Fed.Cir. 1998) ........................... 4

Transamerica Insurance Co. v. U.S., 31 Fed. Cl. 602 (1994) ............................................ 6

Trinity Universal Insurance Co. v. United States, 383 F.2d 317 (5th Cir. 1967) ........................................................................................................... 9

United States Fire Insurance Co. v. U.S., 61 Fed. Cl. 494 (2004) ...................................... 6

## STATUTES AND REGULATIONS

FAR § 49.404(d) ........................................................................................................... 9

FAR § 49.404(e)(1) ...................................................................................................... 10