IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | Case No. 03-1798C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**AFFIDAVIT OF MARC BROWN**

**EXHIBIT 4**

**DEPARTMENT OF THE AIR FORCE**
**6TH AIR MOBILITY WING (AMC)**
**MACDILL AIR FORCE BASE, FLORIDA**

29 Jul 02

MEMORANDUM FOR AMERICAN RENOVATION AND CONSTRUCTION
3645 Camino Del Rio South
San Diego, CA 92108-4004

FROM: 6 CONS/CC
2606 Brown-Pelican Ave.
MacDill AFB, FL 33621-5000

SUBJECT: Final Decision, Termination for Default
Contract F08602-99-CK006, Construct MFH, Phase III and IV

1. Your right to proceed with subject contract is hereby terminated for default in accordance with contract clause I-702, FAR 52.249-10 Default (Fixed-Price Construction) (Apr 1984).

2. American Renovation and Construction Company's progress has failed to complete the contract by the completion date established by the contract, its proposed revised schedule, or the revised date established by the government. American Renovation and Construction Company's failure to perform is not excusable, and our notice of termination constitutes such decision.

3. The services terminated may be purchased against your account and you will be held liable for any excess costs. The government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs. American Renovation and Construction Company has the right to appeal such decision under the Disputes clause.

4. This notice is effective upon receipt. You are hereby directed to stop all operations associated with this project and depart MacDill AFB immediately. All material and equipment shall remain on site. You are allowed to remove personal property only from this installation. All base passes will be returned to the Contracting Officer.

5. This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals [Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, Falls Church, VA

22041-3208] and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. § 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

5. You may contact Mr. Benjamin Kosses, Contracting Officer, should you have any question regarding this notice.

RICHARD T. FUENTES, Lt Col., USAF
Termination Contracting Officer

cc
St. Paul Fire & Marine Insurance Co.
First Union National Bank

31