IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>CLASSICAL FINANCIAL SERVICES, LLC,<br><br>Intervenor-Plaintiff,<br><br>ST. PAUL FIRE & MARINE INSURANCE CO.,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1798c<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION
TO STAY ITS RESPONSE TO ST. PAUL'S COMPLAINT

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court stay its obligation to respond to the complaint of intervenor St. Paul Fire & Marine Insurance Co. (St. Paul) until 30 days after the Court issues an order deciding plaintiff's motion to dismiss the complaint of Classical Financial Services, LLC (Classical). Defendant is currently obligated to respond to the complaint by October 24, 2005. Defendant has discussed this motion with Harish Mirchandani, counsel for St. Paul and plaintiff American Renovation and Construction Company, who do not oppose this motion. This is the first motion for an enlargement or stay filed by defendant for this purpose.

In support of this motion, defendant states that, as the parties previously advised the Court in their March 28, 2005 joint status report, ARC, St. Paul, and defendant have agreed to a tentative settlement of their disputes subject to approval of the settlement by the authorized representative of the Attorney General, and technical clarifications regarding the performance of work that ARC and/or St. Paul had agreed to perform as part of the settlement. Subject to these conditions, the only dispute left for the Court to resolve is the dispute between Classical and ARC/St. Paul as to which entity is entitled to be paid the proceeds of a judgment or settlement, if any. Resolution of this dispute does not require defendant to answer St. Paul's complaint, and the filing of such an answer will not progress this matter to a resolution.

WHEREFORE, defendant respectfully requests that this Court grant defendant's motion to stay its obligation to respond to St. Paul's complaint until 30 days after the Court issues an order deciding ARC's motion to dismiss Classical's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0282
(202) 514-8624 (fax)

October 4, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 4th day of October, 2005, a copy of the foregoing answer was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell