IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CLASSICAL FINANCIAL SERVICES, LLC,<br><br>Intervenor,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | NO. 1:03-CV-01798-EJD<br>(Chief Judge Edward Damich) |

**PLAINTIFF/INTERVENOR CLASSICAL FINANCIAL SERVICES, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to RCFC 6.1, Plaintiff/Intervenor, CLASSICAL FINANCIAL SERVICES, LLC ("CLASSICAL"), moves the Court for and order enlarging the time within which to respond to Plaintiff, ARC's Motion to Dismiss Intervenor Classical Financial's Complaint filed on August 24, 2005. Counsel have conferred and there is no opposition to the enlargement of time. To accommodate settlement discussions and counsel's schedule, Plaintiffs request that the period be enlarged to permit response up to and including October 19, 2005. One previous enlargement of time has been granted by the Court.

Respectfully submitted this 12th day of October, 2005.

**PETER A. ROBERTSON**
Florida Bar No. 0876089
**T. J. FRASIER**
Florida Bar No. 0567681
Robertson Group
5216 S.W. 91 Drive
Gainesville, FL 32608
Telephone (352) 373-9031
FAX (352) 373-9099

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that a copy of the foregoing Motion has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this 12 day of October, 2005.

Harish Chellaram Mirchandani and
Robert Watt
Watt, Tieder, Hoffar & Fitcgerals, LLP
7929 West Park Drive, Suite 400
McLean, VA 22102

Michael N. O'Connell, Jr.
U. S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., A Floor
Washington, DC 20530

T. J. Frasier

THE ROBERTSON GROUP
5216 S. W. 91 Drive
Gainesville, Florida 32608
ATTORNEY FOR CLASSICAL FINANCIAL
SERVICES, LLC, Intervenor
Telephone (352)373-9031
Facsimile (352)373-9099