# In the United States Court of Federal Claims

No. 03-1798C
(Filed: October 26, 2005)

************************************
*
**AMERICAN RENOVATION AND CONSTRUCTION COMPANY,**

Plaintiff,

**CLASSICAL FINANCIAL SERVICES, LLC,**

Intervenor,

v.

**THE UNITED STATES,**

Defendant.
************************************

**ORDER**

On October 19, 2005, Plaintiff/Intervenor Classical Financial Services, LLC ("CFS") filed an Unopposed Motion to Stay Briefing Schedule on Plaintiff's Motion to Dismiss CFS's complaint, pending a possible settlement agreement. The Court notes, however, that the motion was not signed according to CM/ECF protocol.

The Clerk of Court is ORDERED to accept the motion for filing. Plaintiff/Intervenor CFS is hereby put on notice that future unsigned filings will be ordered stricken from the docket.

The motion is GRANTED. Responses to Plaintiff's Motion to Dismiss are stayed, and accordingly the case itself is stayed, until **January 13, 2006**.

The parties are ORDERED to file a Joint Status Report on **December 2, 2005**, and **January 6, 2005**, stating with specificity the status of settlement discussions, including, *inter alia*, the dates of any settlement meetings and the names of persons in attendance.

s/ Edward J. Damich
Edward J. Damich
Chief Judge