**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | ) | |
| **Plaintiff,** | ) | **Case No. 03-1798C** |
| | ) | **(Chief Judge Damich)** |
| **CLASSICAL FINACIAL SERVICES, LLC,** | ) | |
| **Intervenor,** | ) | |
| **ST. PAUL FIRE & MARINE INSURANCE COMPANY,** | ) | |
| **Intervenor,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant** | ) | |

**JOINT STATUS REPORT**

COMES NOW the Plaintiff, American Renovation & Construction Company (“ARC” or “Plaintiff”), the Intervenor, St. Paul Fire & Marine Insurance Company ("St. Paul") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated October 26, 2005, submit this Joint Status Report, stating as follows:[1]

1. Plaintiff ARC, filed the Complaint in this case on July 28, 2003.

2. Defendant, the United States, filed its Answer on November 25, 2003.

3. Classical intervened in this case on May 4, 2005.

4. St. Paul intervened in this case on August 24, 2005.

[1] Drafts of this joint status report have been sent to counsel for Classical Financial. On December 1, 2005 counsel for plaintiff received a voice mail message indicating that counsel for Classical Financial was not available to participate in the drafting and filing of this document.

5. All parties to this lawsuit have reached an agreement to settle this lawsuit amicably, subject only to the final approval of the authorized representative of the Attorney General. Defendant's counsel has submitted the pertinent documentation to the authorized representative of the Attorney General. If approval for the settlement is granted, the parties will then file a joint motion to dismiss this lawsuit with prejudice.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff
DATED: December 2, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Robert G. Watt
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Intervenor St. Paul
DATED: December 2, 2005

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0282
Fax. (202) 514-8624
Attorneys for Defendant
DATED: December 2, 2005

CERTIFICATE OF FILING

I hereby certify that on December 2, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell