IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CLASSICAL FINANCIAL SERVICES, LLC,<br><br>Intervenor,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 1:03-CV-01798-EJD<br>(Chief Judge Edward Damich) |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE PAPER OUT OF TIME**

COMES NOW Plaintiff/Intervenor, CLASSICAL FINANCIAL SERVICES, LLC, by and through its counsel, and moves the Court for an order granting it leave to file its unopposed Second Motion to Stay Briefing Schedule. The parties have reached an agreement which would completely resolve the litigation. Two of the parties have signed the settlement agreement. The parties have agreed to dismiss the action upon payment of the settlement amounts. Counsel have conferred and there is no opposition to staying the briefing schedule.

Respectfully submitted this 24th day of January, 2006.

**PETER A. ROBERTSON**
Florida Bar No. 0876089
**T.J. FRASIER**
Florida Bar No. 0567681
Robertson Group

5216 SW 91 Drive
Gainesville, FL 32608
Telephone (352)373-9031
FAX (352)373-9099

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this 24 day of January, 2005.

Harish Chellaram Mirchandani
Watt, Tieder, Hoffar & Fitcgerals, LLP
7929 West Park Drive, Suite 400
McLean, VA 22102

Michael N. O'Connell, Jr.
U. S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., A Floor
Washington, DC 20530

T. J. Frasier

THE ROBERTSON GROUP
5216 S. W. 91 Drive
Gainesville, Florida 32608
ATTORNEY FOR CLASSICAL FINANCIAL SERVICES, LLC, Intervenor
Telephone (352)373-9031
Facsimile (352)373-9099