IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, Plaintiff, v. CLASSICAL FINANCIAL SERVICES, LLC, Intervenor, v. UNITED STATES OF AMERICA, Defendant. | NO. 1:03-CV-01798-EJD (Chief Judge Edward Damich) |

**PLAINTIFF/INTERVENOR'S, CLASSICAL FINANCIAL SERVICES, LLC, SECOND UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE**

COMES NOW, Plaintiff/Intervenor, CLASSICAL FINANCIAL SERVICES, LLC, by and through its undersigned counsel, and moves the Court for an order further staying the briefing schedule related to Plaintiff, AMERICAN RENOVATION AND CONSTRUCTION COMPANY's, Motion to Dismiss Intervenor Classical Financial Services, LLC's Complaint (Docket No. 50). The parties have reached an agreement that would resolve the Motion and are currently circulating a settlement agreement to that effect. When this agreement has been reached, the parties will be in a position to resolve all the issues in this litigation. Counsel have conferred and there is no opposition to staying the briefing schedule.

Respectfully submitted this 24th day of January, 2006.

**PETER A. ROBERTSON**
Florida Bar No. 0876089
**T. J. FRASIER**
Florida Bar No. 0567681
Robertson Group
5216 S.W. 91 Drive
Gainesville, FL 32608
Telephone (352) 373-9031
FAX (352) 373-9099

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that a copy of the foregoing Plaintiff/Intervenor's, Classical Financial Services, LLC, Second Unopposed Motion to Stay Briefing Schedule has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this 24th day of January, 2006.

Harish Chellaram Mirchandani
Watt, Tieder, Hoffar & Fitcgerals, LLP
7929 West Park Drive, Suite 400
McLean, VA 22102

Michael N. O'Connell, Jr.
U. S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., A Floor
Washington, DC 20530

T. J. Frasier

THE ROBERTSON GROUP
5216 S. W. 91 Drive
Gainesville, Florida 32608
ATTORNEY FOR CLASSICAL FINANCIAL SERVICES, LLC, Intervenor
Telephone (352)373-9031
Facsimile (352)373-9099