# In the United States Court of Federal Claims

No. 03-1798C
(Filed: February 1, 2006)

***********************************
*
**AMERICAN RENOVATION** *
**AND CONSTRUCTION COMPANY,** *
*
Plaintiff, *
*
**CLASSICAL FINANCIAL** *
**SERVICES, LLC,** *
*
Intervenor, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On February 1, 2006, Plaintiff/Intervenor Classical Financial Services, LLC ("CFS") filed its Second Unopposed Motion to Stay Briefing Schedule on Plaintiff's Motion to Dismiss CFS's complaint. Plaintiff's motion is GRANTED. Briefing is stayed, and accordingly the case itself is stayed, until **May 1, 2006**. On or before that date, Plaintiff/Intervenor shall file its response to Plaintiff's Motion to Dismiss CFS's complaint.

The Parties are ORDERED to file a joint status report on or before **March 1, 2006**, and **April 3, 2006**, stating with specificity the status of settlement discussions, including, *inter alia*, the dates of any settlement meetings and the names of persons in attendance.

s/ Edward J. Damich
Edward J. Damich
Chief Judge