**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** | |
| **Plaintiff,** | **Case No. 03-1798C** **(Chief Judge Damich)** |
| **CLASSICAL FINACIAL SERVICES, LLC,** | |
| **Intervenor,** | |
| **ST. PAUL FIRE & MARINE INSURANCE COMPANY,** | |
| **Intervenor,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

COMES NOW the Plaintiff American Renovation & Construction Company ("ARC" or "Plaintiff"), the Intervenor Classical Financial Services, LLC ("Classical"), the Intervenor St. Paul Fire & Marine Insurance Company ("St. Paul") and the Defendant, the United States, by counsel, and pursuant to the Court's Order dated February 1, 2006, submit this Joint Status Report, stating as follows:

1. Plaintiff ARC filed the Complaint in this case on July 28, 2003.
2. The United States filed its Answer on November 25, 2003.
3. Classical intervened in this case on May 4, 2005.
4. St. Paul intervened in this case on August 24, 2005.

5. All the parties in this case have signed a Settlement Agreement as of February 7, 2006, and the payment of settlement funds is currently being processed.

6. Upon receipt of the settlement funds, pursuant to the Settlement Agreement, the parties will join in a stipulation for dismissal of the case.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff

DATED: March 1, 2006

ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Intervenor St. Paul
DATED: March 1, 2006

s/T.J. Frasier
T.J. FRASIER
Robertson Group
5216 S.W. 91 Drive
Gainesville, FL 32608
Tel. (352) 373-9031
Fax (352)373-9099

DATED: March 1, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Michael N. O’Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0282
Fax. (202) 514-8624
Attorneys for Defendant

DATED: March 1, 2006

CERTIFICATE OF FILING

I hereby certify that on March 1, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell