# In the United States Court of Federal Claims

No. 03-1798C
(Filed: April 17, 2006)

| | |
|---|---|
| **AMERICAN RENOVATION AND CONSTRUCTION COMPANY,** Plaintiff, | * |
| v. | * |
| **CLASSICAL FINANCIAL SERVICES, LLC,** Intervenor Plaintiff, | * |
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** Intervenor Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |

## ORDER

On April 17, 2006, a status conference was held in this case to discuss the status of settlement negotiations. Based on the representation of the Parties that a settlement agreement has been signed, that they are expecting payment of settlement funds from the Contract Fund and the Judgment Fund shortly, and that they will then file a joint stipulation of dismissal, the Court hereby extends the stay of this case, including the briefing on Plaintiff's Motion to Dismiss CFS's complaint, until **June 2, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge