IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND, CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| CLASSICAL FINANCIAL SERVICES, LLC, | ) | |
| Intervenor, | ) | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) | |
| Intervenor, | ) | No. 03-1798c |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, the parties stipulate that this matter be dismissed with prejudice, and that each party will bear its own fees, costs, and expenses.

Respectfully submitted,

s/Harish C. Mirchandani
HARISH C. MIRCHANDANI
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy
PATRICIA MCCARTHY
Assistant Director

s/Robert G. Watt
ROBERT G. WATT
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel. (703) 749-1000
Fax. (703) 893-8039
Attorney for Intervenor St. Paul

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0282
Fax. (202) 514-8624
Attorneys for Defendant

s/ T.J. Frasier
T.J. FRASIER
Robertson Group
5216 S.W. 91 Drive
Gainesville, FL 32608
Tel. (352) 373-9031
Fax (352)373-9099
Attorney for Intervener Classical Financial

DATED: May 5, 2006

CERTIFICATE OF FILING

I hereby certify that on May 5, 2006, a copy of the foregoing stipulation of dismissal with prejudice was filed electronically. I understand that a copy of the Joint Status Report will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell